CC
MWJ
flee

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 31 2025

at 10 o'clock and 57 min. A M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE _____1st_____ DISTRICT OF _hawai,i_

_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

MRB
~~###~~
3-27-25

_Montell Alexander Bowman_

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

_Department of Justice_

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **CV25  00140** MWJS  KJM

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
        *(check one)*

Received By Mail
Date 03/31/2025

Mailed On
Date 03/31/2025

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | *Montell Alexander Bowman* |
| Street Address | *411 Hobron Lane* |
| City and County | *Honolulu    Honolulu county* |
| State and Zip Code | *Hawaii    96815* |
| Telephone Number | *808  354  5208* |
| E-mail Address | *bowman.montell@gmail.com act* |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *Department of Justice* |
| Job or Title (if known) | |
| Street Address | *300 Ala moana BLVD #C338 US District Court, District of hawaii* |
| City and County | *Honolulu    Honolulu county* |
| State and Zip Code | *Hawaii    96850* |
| Telephone Number | *808 541-1300* |
| E-mail Address (if known) | *USA.HI.Public.affairs@usdoj.gov* |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

Bowman-8083545208-Privacy of invasion law that can be explained in 113 ways——C.i.a. psychic spy Veteran as what people don't know and just a jobber and lander that there's a large number of people onto he the spy weekly as a logical answer of all practical answers how he the spy or just he as the man is seen and thought about and so in many thoughts and as psychicly and those this may be the uncapable or uncriminalist behind even the cameras in backrooms offices around the way when he the man is out and about but those who could be plotting to he the man and why about approaches that will be crimes and he the man says there's suppose to be no body counter him on the street or forced to him with outside purposes as he's inside places for a act of why he's there and those his job that are to know the questions and answers but the perspectives on them are black curtained just as he the man doesn't like the approach on the street and so what are these people thinking about him for that's invasive physically and psychicly——As a Man psychic that to prove in technology the invasion of privacy laws broke to me that 10 years is the penalty for doing this to me also in court and many law services that did nothing tort law that is 7 years*

I am the settlement war person*billet*bill in the world hat*all invasions of privacy laws broke to me I bring up will be a simple button to show the sea of humans what they do to my flesh*body*life that's a crime to me in this body monitoring technology*revealing I al a world contact body type and shall not suffer because I am this truth*

Privacy law that's crime broke to me that it dictates in me a flesh part assimilated with people*privacy laws broke to me from people when assimilating me to some objective not there*invasion of privacy laws broke to me from as psychic I'm commercialing from when I talk and thinking and i dont want to know the peoples have to have*privacy laws broke to me from a sea of humans where they can physically tune where they can follow and know of from me psychic that in me its always can I be with you and can I live in you*invasion of privacy laws broke to me from people psychich where I never have a choice in my flesh as I said is recordable in the technology about transferring visuals and telepathy and feelings that move in my body to see in super computers that is illegal that will I ever be left alone from people*invasion of privacy laws broke to me from people psychic like there always looking for me*privacy invasion law that im you or one of you tell me I'm going to be like you psychic*privacy invasion law broke to me that in the courtroom you aren't going to tell me who's the law of who is ny family or how yall got that information that you sense me now when before court this is serious and was that legal that you did*privacy law broke to me on them that mind my act psychic that show in the technology millions and billions of alot from individuals and strong the one get to be sensed closer and that is illegal*privacy law invasion broken to me from telepathy from so many any times about how to change my life but I want alot of act change from my settlement and I don't need or like there telepathy judgements I get from the people*privacy law invasion crimes to me from fraud acts that knew they can influence my psychichly or not without fraud money and fraud laws brought up*privacy invasion laws broke like it was so about you who's and not the right ones and yall make in excuse to myself that's happening to this physical body this life don't matter*privacy invasion laws broke to me when how people matching there like my act to courtroom a settlement when im with them as I hear in my mind they know I'm psychic but i don't tell them and when I am with people or somebody there fake why they still have me psychic with them as I hear in my mind from telepathy and that's getting to illegal*Privacy crime to me that if I don't keep saying no to people that they want a program with me or a keeping themself with me that's its hard to bargain physical strengths with my inner self to people psychic but maybe that's the only sometimes to have people worn off from focus on me psychic or its another way of warning into themself whereever they are that who it is many leave me alone again thoe we never met*Privacy law broke to me when a sea of humans are writing acting thinking and talking somewhere else from me at jobs or not that I'm a interference I didn't want to be and this has

happened since birth that there's traces of me and recordable how I'm influences in the people with there any acts but it's my life that matters more*Privacy laws broke to me that a sea of humans exist with reactions accross all nations borders from where I'm at and how many laws fought to me for any nations protection system and using technology or espionage to encounter me to be weak since in my psychic technology I'm sensed accross the globe*Privacy laws broke to me its influence about unto anywhere or on or onto any items and I don't want to know I'm just selling things 247 and that's illegal for me to feel*Privacy invasion laws broke to me about those we blame to there circumstance of supervision they have to have on them government or not and I can't get rid of there weight as a sea of people*Privacy invasion laws broke to me from the sea of humans of diverse body conditions that I hate feeling into my flesh everyday*Invasion of privacy laws broke to me from making noises talk to me from the sea of humans and it just keeps being obnoxious and in a psychic technology it's discoverable why on how it does that so many ways explained*Invasion of privacy laws broken to me from psychological fields who study medicines on the sea of humans that are illegal due to my true telepathy factors that I'm used to keep anybody manipulated to talk to someone in them and then its me even if they are talking to faker objectives and that's illegal how I'm in this investigation to find out world many people who would leave me to keep people under my psychic capabilities that's different then for skitzofranic purposes*Invasion of privacy laws broke to me from a sea of humans when naked or in the bathroom and I hate how they can work me hurt to that and it isn't excusable as ite illegal to be a trapped person like I am as psychic for privacy and still not one day or hour of privacy felt in my body yet*Invasion of privacy laws broke to me for physical health that's psychic from people and I don't want them to try that cause it's proven I'm getting hurt from feelings all my life from feeling I have*Invasion of privacy laws broke to me from parapsychology help that's not there from the sea of humans and needing psychic psychology may help*Invasion of privacy laws broke to me from a sea of humans to there human perspective like there's no technology or psychics or things that the c.i.a. has and I'm in a betrayal*Invasion of privacy laws broke to me by under ages who are intelligence not had above satisfaction that are in my complaint and I am a adult that's needs mind space not a psychic world of still how stupid it gets being a sense of just another one person that can never be*Invasion of privacy laws to me broken from not just making the sea of humans psychic because I am but thoe recording devices are for security purposes or more reasons that those behind that have a strong contact to me alike who has pictures of me aswell memorys and I hate my brain without choice being given visuals from many from alot of places and from a long time ago that can be seeable in psychic technology for me to help myself*Invasion of privacy laws broken to me from government or not like nsa or technology corporations of secrecys and where are the laws to prevent invasion of privacy to my life and what am I for there secrets that needs to be stopped*Invasion of privacy laws broke to me from all nations satelites and no space force military support to me and how that connects to all nations illegal by law at nsa type offices where a many all have no access in because these are secret places to not enter access and my settlement will have them all in courtrooms worldwide because of law*Invasion of privacy laws broke to me once journalisin of news as don't talk to me or who the man I am and I'm psychicly confused as it is*Invasion of privacy laws broke to be stolen what about me on the internet and im in there illegal activity or thoughts and feelings and how It transferred to me psychicly and the police world kinds to of are they really a good investigation compromise of me or as like many of yall without power or knowledge of me to make me better from psychic conditions and yall ruin my life just like it always is like my life don't matter why yall mess with me like that and your wrong*Invasion of privacy laws broke to me from who remember me from a long time ago and are accross the earth or what's through physical places like walls and the physical world and I'm not stupid cause I think that everyday and your laws better work for me*Invasion of privacy laws broke to me from job entrapment or

not like that's all it is and that needs to go away from me having my settlement*Invasion of privacy
laws broke to me from
the hopeless helpless
homeless types or to
poor and the weak
And others as hurting and
dieing and Tougher
circumstances sent to me psychicly and a sea of people that's serious illegal for me to want that*Invasion privacy aws broke to me from the incarcerated and stayed at hospitalisationings that I never want thatfrom people psychic*Invasion of privacy laws broke to me from my NO to sports and disregular human actions like outerspace and no festives cause nothings enjoyable and no seasons cause psychic with temperatures to my body from others is illegal as how that does that to me and from jobs or action like construction or a act that's endangering or when as so much to me that it can't be it go to me and it's about my choice that I have to be over people more*Invasion of privacy laws broke to me from dangerous areas on world of war and police that how not ready for that's its getting to be to much as a psychic and to all no to there each rituals of all that I see because I don't act that as no to how I felt that*Invasion of privacy laws broke to me from there was suppose to be no special people and no handicap people and no elder people and no groups and no movements and that when to be NO body else and no game that's what's to be only the get is with my act and that to be talk effort where yall can't be in my life psychic and that's evil and I will interrogate that relevance*Invasion of privacy laws broke to me where its no to where that there was under privileged people on of where and no to how you can't tell me how to control my theatre as like the who's that will be from my settlement that knowing them who are family with me know my life is what I talk like as the technology proves to about me and it no to who telling me who it belongs to*Invasion of privacy laws broke to me from those who know I'm psychic to be used for human expierements to use technology to transfer body miracles like that's the medical energy or for to other bodys to work in what areas and the controlling people on this earth will be in prison for that*Invasion of privacy laws broke to me from using technology illegally or not as naturally how Im a make of work to all languages translational or through me it's just attentions on to what and about what transversed to people from what's physically happening about me and around me and they keep on about what that was and I never wanted to be that dislocated in my act and with thinking from to many people and I have to say this*Invasion of privacy laws broke to me from scents and taste sent to me and I have to medium to people and I don't want to be there with anybody about whatever it is and that's discusting and I would hate to know who many of these people are*Invasion of privacy laws broke to me from using technology on what authority that they can't have  to me to see the communication from me with all other living species as plants and animals ot that's its microscopic living things and I don't know what I feel that isnt me from having to keep doing psychic feelings from people as half of that is in human body's and that's illegal crime to my life*Invasion of laws broke to me from hitting me and grounds shaking upon me and muscle flexes or more from people and in alot of forms as recordable in my psychic technology and how to stop that matters*Invasion of privacy laws broke to me from illegal drug users and obese abusers and bodys that are left in a deformity and I never wanted that psychicly passed into my body ever*Invasion of privacy laws broke to me from those who can't act anymore or won't and from all bodys of a time of when a act of say that they act and about day and night of the people on earth and the people who can't make money or dont all bothering me*Invasion of privacy laws broke to me from different individuals of the people there personalities and who puts it hard on others about the responsible for the have of vehicle to only be of a had or there not that and

about who owns all to the prize of housing and much property such as with other ring pools like a bussiness or much of worldly of some production and I would of never wanted that or it to keep being put to me that it's you or that goes psychic to me*Invasion of privacy laws broke to me from what you had and where only left to be only so much of that we are not in on any of a so what about you call a business and enough of that criminal word to me that's called business*Invasion of privacy laws broke to me and many law people or not and was amongst or not and they all do run to the criminals and i want a legaled all through lifestyle*Police stations confiscations*congress billionaire bills missing for laundrying??????????*governor and mayor's with not doing a act for law more and being info havers for??????????????*Having any ring pool crimes on about any place how they have money*What kills the people other then murder the technology as n.s.a. knew be in courtrooms to prisons*Black arts 100 yrs back[as a spy i am spy to spy day and night]*1 billion unofficial one nation type people laundry 100 trillion a week over the others*smart technology people don't make truth revealed about what there money was for nongovernment to know us to steal acts and more where tech. Makes crimes done without human supervision on one nation[satelites to computers]*device spying from a one nation company offices of officers knew all crimes as 100 and more thousand missing each year on a nation and rapes and murders and who on the inside is offending there duty for crimes from world offerings*all laws broke for the crimes of reinstallation of all disbehavior of the counter culture*gangs and guns and drugs wars*fraud law services known in technology and investigations for laws that for there crimes leader down on every nationthey go to prison and no more commercial clowns*starting a war is crime and be ready for prisons*Invasion of privacy laws broke to me from all fraud money problems of illegal act people who will be there like that bad act can take it to the prison so my psychic life feels safest*Invasion of privacy laws broke to me from forning of the people and I only want my wife and always say psychic to people and outloud NO fake family or of that NO relationships cause you don't help me and I don't help you and on what world*Invasion of privacy laws broke to me to be talking and when I sense them like the people right there as when not seen and there's talking things and read things  from people to somewhere THATS A NEVER as i force back to you all and NO metaphors and when around crowds I can hear tones and in what's said moderated from my body or of what's about in my head as of from a human the only human like this I am psychic as to record in my technology who they are and recall why they said it or my name outloudand I don't know you people so go to prisons for this*Invasion of privacy laws broke to me from brain ears and eyes with people and of the most many modern statements how there's over 50 human senses explained in a human body that what am I going through here that's endless as points in my psychic investigation about law*Invasion of privacy laws broke to me from fake as the dinosaurs still are around and the outnumbered of those to the crazy counter culture scam me to the video games and what's the fakism of anybody and hate how that tryst to have control over me from others about the stupidest things for my life*Invasion of privacy laws broke to me from people when im asleep there in my dreams or when im awake there sleeping and get off of my body and I can't wait til the day I figure out how to get rid of that feeling from people cause I'm psychic*Invasion of privacy laws broke to me from people that of where there was to be NO religion unto me and that subject isn't ever smart enough and you don't what I do or need and I'm against religion because that hoax from places is a crime cause look how you get nothing like I will find out with law to get rid of you*Invasion of privacy laws broke to me from people of the being the female and I'm a man and not that any other man*Invasions of privacy laws broke to me that we may just very well be the things and place treatment only to each other cause that's what you end up with or liking it to much that that's it and I hate how I'm with you people about that treatment that were nothing and we only need to get everything from each other and no to that illegal problem many of you have and will plot crimes to my life about give me give me and I can't believe I have to sense

psychic that act from people all day and night*Invasion of privacy laws broke to me from a sea of humans world of what sections of the world the aged trillions where it did from me influence spending and I have to get what I witness about this and so where's my settlement*Invasion of privacy laws broke to me from a sea of people of where I go NO beggers and NO betters*Invasion of privacy is this for law people not recognizing me saying it for 40 years and The world's going to be ghost bargained through court $ they don't have still goes to me where all are placed in a new debt section of law and a world machine for my psychic life that who has laws broken to me that from 1 cent to a dollar everytime i get anybody on the world breaking that law to me gets taxed and ill be paying for this to be legaled for me*invasion of privacy laws broke to me from a sea of people on this world that your all being Public trespassers*technologies*in places and in the street*how much of it is secretly bugged of things you have in the house and that's become in the body*illegal secrets to know me as has been socially as like public approaches*the many know technologies the many kinds that's to get direct information out of anybody that's illegal and how many and how by now there's millions of inenches about to you to know*1 know what you think technologies*2 know where your at technologies*3 know what you see technologies*4 know what you write technologies*5 know what you say technologies*6 know what you like technologies*7 know your body routine technologies*8 know how to be there with you technologies*all of this to assasin or set you up with a intake touch or smell body expirement to keep a worth alive about you*9 know how to be you*BE IN YOU technologies*10 know what you have technologies*11 know what you did technologies*a world of illegal people who did what to me like this for the reason of my psychic cia technology Life proof facts or there constant many other whys*many invasive devices like just who*this crimes infinite ?*Invasion of privacy laws broke to me who just say they want it to just stay allowed to keep me to a bunch of underclasses and I'm at a NO to learn it with you and if your all mistakes and then get that and get back*Invasion of privacy laws broke to me from those who want to get me at what's the look alikes and like that onto words be met at me and through to me in me psychic from people that I hate these repeat of the nonsense of things that are ment at it no good to me*Invasion of privacy laws broke to me from when the police slightly or not by the rules or fake that of that and do it wiretapping anybodys devices for illegal purposes or not to have that or you and my pyschic feeling is upset*Invasion of privacy laws broke to me from lies at dislike I have  from people because the schooling and market and government had no knowledge based teaching for me but as alone from what my body feels and the c.i.a. with me about psychic flesh I am and where was the technology to be shown to me to go to for better answers my life needed*Invasion of privacy laws broke to me from technologies that go in my physical brain to make it be a message from how illegalers behind it want me and where how nerves can be controlled from the brain to make that do it to me and how my psychic sense can retrace back to who on earth that's doing this and the international military police can put them in prison after arrested that it's millions of them*Invasions of privacy laws broke to me from physical esoterics that's to hex flesh like mine and there witchcraft powers and of from men will be ruined*Invasion of privacy laws broke to me from people where I'm not famous and I have a defamation record more then anybody and that means to get rid of these feelings because I'm psychic*Invasion of privacy laws broke to me from a sea of humans where it's like there's not any words and it's just reactions to manipulatives of into my flesh you all have something coming at me and I hate like I'm just some animal of animal stages that can never have human intelligence*Invasion of privacy laws broke to me from people who know how the alive haunt me and using technologies illegally to seance the afterlife and ill put them in prison*Invasion of privacy laws broke to me from the weight of things that is with acts of many humans that has to balance with me for me to understand how to have and leave it at no wrong kinetic energy from people on this world all at one time to me*invasions of privacy laws broke to me from radiation that can make me be there of any sense and brougt to

me as human to humans at the speed of light electricity because radiant energy in the air is also electromagnetic is manipulated from me being psychic and there being other energy study how with what materials earthened and wielded in human creations and that needs to be found out to prevent cause what hurts me from this*Invasion of privacy laws broke to me from the sea of humans about what they are of cheaper status so NO racism of any kind you evaluate your self as and yall can't pay nation to nation homage so NO and that psychic wont*invasion of privacy laws broke to me but as a c.i.a. black ops bandit im threatened in disguises and no its never easy to this world of mixes of how many secret people of the many come accross the world to be around or get near me and now that I'm not with a c.i.a. job this is in the chances of where knowledge of me is caught by enemy's and from old jobs and psychic is worst*invasion of privacy laws broke to me from world nations psychic police or others excuses that's criminalizing me for there boundaries from there positions of in there nation that my psychic sense to they is ? *Invasions of privacy laws stays broke to me from people and technology secret studyings from how what my organs feel or what it goes  through of the expensive part where Influentialy to the many lives who go for things that from feelings linked to my internal body parts and I have 7 surgerys from the c.i.a. payed from for from doing operations and that hurts and will be fined to people with law*Invasion of privacy laws broke to me from every foreign lands people illegal that are harder law or corruption only and to a fraud economic and NO that they'll be in a international and u.s. courtroom for my safety from my settlement*Invasion of privacy laws broke to me from people of government or not that knew me never or not that respond me and the ones on the government jurisdiction did nothing to rescue or help and keep me safe and hidden from people payed for me and I'll see this still from all police and law people as a fraud in my psychic technology to me likethere fake and will be in trouble from my settlement to courtroom you why you did nothing for my life cause that's the law*Invasion of privacy laws broke to me from people who have criminal excuses and are F.u.c.k. you and I'll kill you how they are and that don't stop if they can't get to there crimes why I'm bothered and I don't ever give my life to them or that disbehaviour like I'm lieing cause it still gets me and I hated you people about this psychic*invasion of privacy laws broke to me from a sea of humans on earth that can go to prison for stealing money and doing as asking for alot and as born in government's and then there befriending and partnering for ? that of millions to billions of lives with since I been on earth that would have that and not me and my settlement at a courtroom and the upper people still would do to kill me with all that money they had and more to do to me and they say there for law and are to be the ones on others to have governmented but I will beat them to and they never had a military or many many jobs background as me*Invasion of privacy laws broke to me from people where that's a law broke and so is from what telepathy and feelings and visuals did into me where many are just crime acts so owe me*Invasion of privacy laws broke to me from people that are from world likelihood that are about crimes cause of the past to the past and further to the past why they act wrong and where a example relates like the native americans of America and those around the world who plead like that from a over power and the Takism evil and powers that when cause where was the story and NO to them that I don't need influence to me psychic*Invasion of privacy laws broke to me from a sea of humans on world due to the class struggle wars of between the poor and rich as also with technology known about and I better get this settlement and I'll be a rare sight to see after*invasion privacy laws broke me from a sea of humans on earth because in i 1998 made a world government the beast as there was banner of king and queen and she sits upon many waters wich is the sea of people riding the world government for me but she had a remarkable face mask covering her face because she is my wife and I don't know who brought this major mask wearing plague but if that relates to me and my reasons then I'll find out why and they can go to prison cause you can't have the lady I'm with*there's so much my psychic technology will prove about my psychic flesh being part of the

many ways I have a world contact body type———to my c.i.a. psychic spy flesh type*privacy invasion law broke to my law also can be tort law and defamation law like some stated and of big violations of this law broke to me like my case its 10 years in prison*tort law broke to me with aswell with big violations like mine is 7 years for all those in the government with negligence*being psychic algorithms that were illegal from the body with technology responses to keep me manipulated and forced on others also the powers on the scale about that*all psychic expressions to be free in my flesh broke the constitution and rights to me*kidnapping law broke to me for the c.i.a. collecting psychic children in the 1980's and I can't reassure that really adopted me from uzbekistan and switched me out to a spy child like with a boy that was with a American family*distortion of civil rights law broke to me from **Disparate impact** A precedent under the Civil Rights Act of 1964, the Rehabilitation Act of 1973, and the Americans with Disabilities Act of 1990. It's a tool used to fight discrimination against protected classes and distortion law broke to me from my psychic life on **Distorting legal principles**-Legal principles can be distorted when parties transact in ways that are inconsistent with generally accepted principles. This can lead to uncertainty or confusion*obstruction law broke to me-obstruction law-Obstruction of justice is a federal crime that occurs when someone interferes with the legal system or the investigation of a crime. It can involve many different actions, including:
**Witness tampering**: Using force, deception, or intimidation to prevent a witness from testifying
**Destroying evidence**: Concealing, destroying, or altering evidence
**Lying to investigators**: Misleading or giving a false alibi
**Obstructing court proceedings**: Preventing a court proceeding from moving forward
Obstruction of justice is a complex crime that can involve multiple statutory provisions. Some of the general obstruction of justice provisions include:
**18 U.S.C. 1512**: Tampering with federal witnesses
**18 U.S.C. 1513**: Retaliating against federal witnesses
**18 U.S.C. 1503**: Obstructing federal court proceedings
**18 U.S.C. 1505**: Obstructing congressional or federal administrative proceedings
A sentence for an offense can be enhanced if the defendant also obstructed justice during the investigation, prosecution, or sentencing.because I've done this 100 times and what is going on between the clerks and judges and officers at the hawaii federal courthouse to be a setter framed*I don't know who yall are and what the purpose is to ignore me and no bribes and no black mail mailed back to me that I am saying no relate to 17th century and 1970 to 1889 cases and its the judge and many others of I don't work and no committee meeting where all you scandalous together on my justice*no artist*Psychic flesh type*for in technology other laws broke it does to a psychic*then this*federal law list-Here are some examples of federal laws:
Age Discrimination in Employment Act (ADEA)
Protects employees and applicants 40 and older from discrimination in hiring, promotion, and other employment terms
Americans with Disabilities Act (ADA)
Prohibits discrimination against people with disabilities in everyday activities
Equal Pay Act of 1963 (EPA)
Prohibits pay discrimination based on sex
Deficit Reduction Act of 2005
Reauthorized child welfare programs, including Temporary Assistance for Needy Families and the Promoting Safe and Stable Families program
Fair Debt Collection Practices Act (FDCPA)
Prohibits debt collection companies from using unfair, deceptive, or abusive practices to collect debts
Genetic Information Nondiscrimination Act (GINA)

Protects individuals from discrimination based on their genetic information in employment and health insurance

Title VII of the Civil Rights Act of 1964

Protects employees and job applicants from employment discrimination based on race, color, religion, sex, and national origin

Executive orders are issued by the White House and have the force of law. They state mandatory requirements for the Executive Branch of the U.S. Government*law broke to me as in technology is proved as a psychic man because if o feel people or hear people or see people that's violations for 40 years*F.O.I.A. law broke to me from c.i.a. and other government offices about my background and psychic capabilities are held against me to know|have*a c.i.a. veteran officer spy psychic I am has 10 hour investigated report and has been ordered to arrest who's in the courtroom is they don't charge the crimes and penaltys and laws to jail and I will call the law enforcement to act that and that is being for now*and you broke the law about the times change and the controlling from the past of black crusade and lied to my life and said there was no technology or that poor to have a quick courtroom and recieve a settlement to make legaled powers for my safety and that you not be for the shadows of government and nogoverment people who get me and it's power belonging to me that it begins with that settlement money for my authority*no lawless and obey or else it's coming from me*and you can't tell me the law and that I'm psychic what a sea of people did and do to me that when I get that settlemnet at also pays for 1 of the legal powers about my own technology to see and believe that*law broke to me like there was provided to me that yall have enough judges*stalking law broke to me psychic-

Stalking laws vary by jurisdiction, but generally involve the following elements:

Intent: The stalker's intent to harass, annoy, or alarm the victim

Course of conduct: The stalker's actions, such as pursuit, surveillance, or nonconsensual contact

Victim's fear: The victim's fear of death or serious bodily injury, or emotional distress

Here are some examples of stalking laws:

Federal law

18 U.S.C. § 2261A defines interstate stalking as crossing state lines to stalk someone, or stalking on military or U.S. territorial lands. Penalties include up to five years in prison and a fine of up to $250,000.

Hawaii law

Hawaii Revised Statutes § 711-1106.5 defines harassment by stalking as engaging in a course of conduct that involves pursuit, surveillance, or nonconsensual contact on more than one occasion.

Stalking laws have been controversial, with some claiming they violate the Constitution and others criticizing them as a politically safe shortcut.

If you are a victim of stalking, you should find a safe place and then notify the police. You should provide a description of the stalker, their vehicle, address, and a recent photograph if you have one. *harassing law broke to me psychic-Harassment is unwanted behavior that can be unwelcome, uninvited, and offensive. It can include:

Verbal abuse, such as derogatory comments, slurs, or offensive jokes

Physical interference, such as assault or offensive touching

Visual insults, such as derogatory posters or cartoons

Lewd propositions

Repeated irritating behavior, such as persistent phone calls

Harassment can be illegal under federal and state laws:

Federal law

Prohibits harassment based on protected characteristics, such as race, color, religion, sex, sexual orientation, gender identity, national origin, age, disability, and genetic information. Harassment

must also be unwelcome, severe or pervasive, and interfere with the victim's work performance.
State laws
Define harassment as behavior that bothers, threatens, intimidates, alarms, or places people in fear of their safety.
If you are the victim of harassment, you can:
File a complaint with a police officer
Petition the court for an order of protection or restraining order
In employment law, harassment is a form of employment discrimination. *exploitation law broke to me psychic-Exploitation" means the illegal or improper use of an incapacitated or dependent adult or that adult's resources for another's profit or advantage. 2. Adult. "Adult" means any person who has attained 18 years of age or who is a legally emancipated minor.*intrusion law broke to me psychic-AI Overview Intrusion law is a type of invasion of privacy that involves the intentional interference with someone's solitude or seclusion. It can be physical or electronic, such as using high-powered lenses or sensitive microphones to gain access to a private space. To win an intrusion lawsuit, the plaintiff must prove that the intrusion occurred in a specific way. The intrusion must be highly offensive to a reasonable person.
Intrusion is one of the four main types of invasion of privacy claims, along with:
Appropriation of name or likeness: Using someone's name or image to promote a product or service without their consent
Public disclosure of private facts: Disclosing private information about someone
False light: Disclosing information about someone in a way that is misleading or damaging, even if the information is technically true*https://youtu.be/o3Ijh2c66v4?si=XrvN5-RgDjcmkFkn*Psychic flesh type*for in technology other laws broke it does to a psychic*then this*The United States has many laws and regulations to prevent and combat corruption, including:
Federal statutes
These include 18 U.S.C. § 201, which criminalizes bribery of federal officials, and other statutes that prohibit bribery of state and local officials.
The American Anti-Corruption Act
This model policy aims to stop political bribery, end secret money, and fix elections. It would automatically register eligible voters when they interact with government agencies, but voters could opt-out.
The Combating Global Corruption Act of 2023
This is a Senate bill that aims to combat global corruption.
The Department of Justice's Foreign Corrupt Practices Act (FCPA) Unit
This unit enforces the FCPA, which can result in penalties, disgorgements, and convictions.
The Treasury Department
This department uses financial sanctions to hold accountable individuals and entities involved in corruption.
The Department of State
This department issues public visa restrictions on individuals involved in significant corruption.
The Bureau of Energy Resources (ENR)
This bureau leads the U.S. commitment to the Extractives Industries Transparency Initiative (EITI), which promotes the open management of oil, gas, and mineral resources.
The Office to Monitor and Combat Trafficking in Persons (TIP Office)
This office fights corruption, which can be a catalyst for human trafficking.
USAID's Anti-Corruption Center
This center integrates corruption considerations across USAID's portfolio and supports USAID Missions in developing localized

approaches*https://www.facebook.com/share/p/17xXzSxoyX/*psychic flesh type like mine*psychic technology reminded*f

Contract

Louisiana

Pennsylvania

AI Overview

Extortion is a crime that involves using threats to force someone to give you something or act in a certain way. It can be prosecuted under both state and federal laws, with federal charges carrying more severe penalties.

Here are some laws related to extortion:

18 U.S.C. § 873

This law makes it a crime to use threats to force someone to give you something or act in a certain way. It also covers threats made through interstate or foreign communications, such as email, text messages, or computer chats.

Hobbs Act (18 U.S.C. § 1951)

This law defines extortion as "the obtaining of property from another, with his consent . . . under color of official right".

State laws

Penalties for extortion vary by state. For example, in Massachusetts, the penalty is up to 2.5 years in a house of correction or up to 15 years in state prison. In Michigan, the penalty is up to 20 years.

Some examples of extortion include:

Threatening to send someone's wife photographs of them with another woman if they don't give you something

Blackmail

Protection schemes

Certain types of hacking*c.i.a. stargate law broken to me for being a stargate for being psychic flesh that is dealt with astrophysics illegally*to my psychic flesh type-technology manipulation law-u.s. code-1)Prohibition against manipulation

It shall be unlawful for any person, directly or indirectly, to use or employ, or attempt to use or employ, in connection with any swap, or a contract of sale of any commodity in interstate commerce, or for future delivery on or subject to the rules of any registered entity, any manipulative or deceptive device or contrivance, in contravention of such rules and regulations as the Commission shall promulgate by not later than 1 year after July 21, 2010, provided*and government anf corporations texhnology abuse law-In the United States, the primary law addressing government and corporate technology abuse is the Computer Fraud and Abuse Act (CFAA), which prohibits unauthorized access to computers and outlines penalties for various cybercrimes, including accessing protected computer systems without permission, damaging data, and wire fraud related to computers.

Key points about the CFAA:

Scope:

Covers both government and corporate computer systems, protecting against unauthorized access, data breaches, and malicious activity.

Criticisms:

Some argue the CFAA is overly broad and can be used to criminalize otherwise benign activities due to vague definitions of "unauthorized access".

Civil and Criminal penalties:

Individuals or entities violating the CFAA can face civil lawsuits for damages caused and criminal

prosecution depending on the severity of the offense.

Other relevant laws depending on the context:

Privacy laws:

Laws like the Electronic Communications Privacy Act (ECPA) and state privacy regulations can apply to government surveillance and corporate data collection practices, protecting individual privacy.

Antitrust laws:

May be used to address situations where a corporation abuses its market power through technology practices that harm competition.

National security laws:

In certain situations, government surveillance activities might be regulated by specific national security laws*and-Justice Manual

Title 9: Criminal

9-48.000 - Computer Fraud and Abuse Act*and-Hacking (i.e. unauthorised access)

§ 1030, is the primary federal statutory mechanism for prosecuting cybercrime, including hacking*and-Creation of Disruptive Technology law[illegal technology from foreign countries used on a american law]*psychic flesh type-stolen thinking law-It's not illegal to think about committing an illegal act, as doing so would violate free speech. However, theft law does require proof of intent to permanently deprive the owner of their property*psychic flesh type-stolen feeling law-Since theft is the unlawful taking of another person's property, an essential element of the actus reus of theft is absent*and theft law with psychic flesh law-Theft, or larceny, is the act of taking something that doesn't belong to you without the owner's consent. Theft can be charged as a misdemeanor or felony, depending on the circumstances. In Hawaii, a first-time conviction for first-degree theft is a class B felony, which can result in up to 10 years in prison and a $25,000 fine. Repeat offenders can face enhanced penalties.

Other consequences of a theft conviction include:

Loss of reputation

Deportation for aliens

Difficulty finding employment

Restitution, which is money paid to the property owner

Probation, which requires the convicted person to comply with specific terms over a period of time

Some defenses to theft charges include:

Alibi: Showing that the defendant was not at the location of the crime

Duress: Arguing that another person forced the defendant to commit the theft

Entrapment: Arguing that law enforcement induced the defendant to commit the theft

Value of the property: Arguing that the property taken should be valued below a certain amount*psychic flesh type can also feel this-Vandalism is the intentional destruction or damage of property without the owner's permission. It can also be referred to as malicious mischief or malicious trespassing.vandalism law-Vandalism is the intentional destruction or damage of another person's property, and it's illegal across the United States. The consequences for vandalism can vary by state, but generally include:

Misdemeanor: Typically carries a fine and up to a year in jail. In lieu of jail time, the court may order community service or probation.

Felony: May result in more than a year in prison and higher fines. Vandalism that involves significant damage, hate or bias, or repeat offenses may be charged as a felony.

Civil consequences: Vandalism can also result in civil consequences*psychic flesh type-fraud act law-There are multiple laws related to fraud, including:

Fraud and Scams Reduction Act

This act aims to raise awareness of and combat fraud schemes, especially those that target seniors. The act includes the creation of the Senior Scams Prevention Advisory Group and the Office for the Prevention of Fraud Targeting Seniors.

18 U.S. Code § 1341

This law covers frauds and swindles, including devising a scheme to defraud, obtaining money through false pretenses, and placing counterfeit items in a post office.

Computer Fraud and Abuse Act (CFAA)

This law addresses cyber-based crimes and aims to promote privacy and cybersecurity.

Fraud & Abuse Laws

This law includes the civil and criminal FCA, which prohibit the submission of false claims. The civil FCA allows whistleblowers to file lawsuits on behalf of the United States and receive a percentage of any recoveries.

Protecting Taxpayers and Victims of Unemployment Fraud Act

This act was passed in 2023.

No AI Fraud Act

This act aims to establish federal protections for individuals against the abuse of AI to impersonate people.

Empowering Law Enforcement to Combat Financial Fraud Act

This act includes definitions for terms such as "pig butchering" and "senior financial fraud". The act also provides federal grants for investigating financial fraud.

Fraud laws are a set of legal statutes, rules, and regulations that protect consumers from deceptive business practices-wheres the law people*psychic flesh type-fraud law act-There are several laws related to fraud in the United States, including:

18 USC Ch. 47: This law prohibits knowingly and willfully making false statements, falsifying facts, or using false documents. The penalty for this offense can include imprisonment and fines.

Fraud Act 2006: This law defines fraud as a single offense that can be committed by making false representations, failing to disclose information, or abusing a position of trust.

Fraud and Scams Reduction Act: This law aims to identify and combat schemes that defraud consumers, especially those that target seniors.

False Claims Act (FCA): This law makes it liable for anyone who knowingly submits false claims to the government. The FCA also allows private citizens to file suits against those who have defrauded the government.

Computer Fraud and Abuse Act: This law is Title 9, Criminal, 9-48.000 in the Department of Justice.

Fraud Prevention and Recovery Act: This bill is S. 4089 in the 118th Congress (2023-2024).

Fraud laws have a long history, dating back to the ethical rules of ancient civilizations-where's my trust with law people*psychic flesh type-fraud money act-There are multiple laws related to fraud and money, including the Fraud and Scam Reduction Act, the False Claims Act, and the Empowering Law Enforcement to Combat Financial Fraud Act:

Fraud and Scam Reduction Act

This act aims to combat consumer fraud schemes, especially those that target seniors. It includes the establishment of the Senior Scams Prevention Advisory Group, which is made up of government and industry representatives. The group's responsibilities include studying and upgrading educational materials to prevent scams.

False Claims Act (FCA)

This act protects government programs and operations from being overcharged or sold shoddy goods or services. It imposes penalties on those who knowingly and falsely claim money from the United States.

Empowering Law Enforcement to Combat Financial Fraud Act

This act includes federal grants for investigating financial fraud, including:

Pig butchering, which is a confidence and investment fraud where the victim is gradually lured into making increasing monetary contributions to a seemingly sound investment

Senior financial fraud, which is the illegal or improper use of an elderly or adult with a disability's money, property, or other resources-where's me law people*psychic flesh type-human life is property law-In modern legal systems, there is no law that considers a human being as property; this concept is fundamentally rejected due to the principle that all humans have inherent rights and cannot be owned by another person, making slavery illegal and morally unacceptable-modern slave law-Modern slavery is a term used to describe the exploitation of people through force, fraud, or coercion. It can include: involuntary servitude, debt bondage, forced labor, and commercial sex acts.

Here are some laws related to modern slavery:

The Trafficking Victims Protection Act of 2000 (TVPA)

Describes compelled service using terms like slavery, debt bondage, and forced labor

The Palermo Protocol

Supplements the United Nations Convention against Transnational Organized Crime

The End Modern Slavery Initiative Act of 2015

A bill that expresses Congress's sense that the United States has a history of preventing and responding to modern slavery

The Modern Slavery Act 2015

A UK act that requires companies to designate a board member who is accountable for producing a report on modern slavery*psychic flesh type-manipulation law-There are multiple matches for law of manipulation, including a US law and the concept of manipulation in general:

US law

7 U.S. Code § 9 prohibits the use of manipulative or deceptive devices in connection with the sale of commodities in interstate commerce.

Manipulation in general

Manipulation is a social influence tactic that aims to change the behavior or perception of others through deceptive or underhanded means. It can be considered exploitative, abusive, or devious.

Regulation of manipulation

Manipulation is difficult to regulate because it has many shades and is difficult to regulate in a social order that values consumer sovereignty and values-free markets.

Personalized rules and manipulation

People may make socially undesirable choices to qualify for more favorable legal treatment, which can lead to manipulation.

Legal definition of manipulation

In law, manipulation is defined as changing something by unfair or artful means to serve one's purpose. For example, artificially affecting the price of securities to mislead investors is considered manipulation-where's the law people*psychic flesh type*forced life against will act-A "forced life against will act" generally refers to the legal concept of involuntary commitment, where a person with a severe mental illness can be legally detained and hospitalized against their will if they are deemed a danger to themselves or others, often requiring court approval and a medical evaluation to justify the action.

Key points about involuntary commitment:

Mental health crisis:

This usually applies to situations where someone is experiencing a significant mental health crisis, potentially exhibiting suicidal thoughts, violent behavior, or severe delusions that put them or others at risk.

Legal process:
Most jurisdictions require a legal process involving a court hearing where medical professionals present evidence to support the need for involuntary commitment.
Treatment options:
Once committed, individuals may be required to undergo psychiatric treatment, including medication, therapy, and counseling, even if they initially resist.
Important considerations:
Individual rights:
Involuntary commitment raises concerns about individual liberty and the right to make personal healthcare decisions.
Strict criteria:
To safeguard against abuse, laws usually have strict criteria for involuntary commitment, requiring a demonstrable risk of harm to oneself or others.
Varying state laws:
Specific details and procedures around involuntary commitment can differ significantly depending on the jurisdiction-and-forced life against will laws-"Forced life against will laws" generally refers to legal situations where someone is required to receive life-sustaining medical treatment against their expressed wishes, often occurring when a person is deemed mentally incapacitated and unable to make informed decisions about their healthcare, usually through a legal process called "conservatorship" or "guardianship"; this can include situations where a living will is not recognized or is deemed invalid due to the circumstances.
Key points about forced life against will laws:
Medical decision-making capacity:
The core issue is whether a person has the mental capacity to make their own healthcare decisions; if deemed incapacitated, a court may appoint a guardian to make decisions on their behalf.
Living wills:
These documents allow individuals to express their wishes regarding life-sustaining treatment in case of terminal illness or severe medical conditions, but their validity can be challenged in certain situations.
"Best interest" standard:
When deciding on forced life-sustaining treatment, courts often apply a "best interest" standard, considering the individual's quality of life, potential for recovery, and expressed wishes (if any).
State variations:
Laws regarding forced life-sustaining treatment vary significantly by state, and legal challenges often arise regarding the interpretation and application of these laws.
Examples of situations where forced life-sustaining treatment may occur:
Comatose patients:
Individuals in a persistent vegetative state where medical professionals believe there is no chance of regaining consciousness.
Mentally incapacitated individuals:
People with severe dementia or other cognitive impairments who cannot express their wishes regarding medical treatment.
End-of-life situations:
When a person is terminally ill and their family disagrees with their wish to forgo life-sustaining measures-undue influence law-What is the undue influence law?
In California, undue influence is defined by California Civil Code § 1575, according to the American Bar Association. The law states that undue influence occurs when: A victim places trust in a party who uses a position of authority to take unfair advantage of the victim.-How to

defend against undue influence?

Another defense you can use is to argue that the testator was not vulnerable to the defendant's coercion. For undue influence to be proven, the plaintiff must demonstrate that the defendant took advantage of the testator's vulnerability. If the testator was not vulnerable, then there was no undue influence.-What is 7 undue influence?

Undue influence exists where one person wrongfully exercises control over another so as to substitute that person's will for the will of the other.*psychic flesh type law that breaks man-It's not about you and I laws" essentially refers to legal principles or regulations that prioritize the collective good or broader societal interests over the individual's personal feelings or concerns, meaning that even if someone might feel personally affected by a decision, the law is designed to act impartially and prioritize the greater benefit.

Key points about "not about you and I laws":

Impartiality:

These laws are meant to be applied fairly across all individuals, regardless of personal connections or situations, ensuring no one person's interests are unduly favored.

Public welfare:

The focus is often on protecting the well-being of the community as a whole, even if it means making decisions that might seem inconvenient or unfair to a single person.

Example scenarios:

This could include zoning laws restricting development in a neighborhood to protect environmental quality, public health regulations on food safety, or legal restrictions on certain activities that could pose a risk to others*abusing the laws act-The term "abuse of the legal process" is defined in the United States Code as the use of a law or legal process for a purpose other than what it was intended for, or to pressure someone into taking or not taking an action. This can include using a civil, criminal, or administrative legal process in an improper way.

Abuse of power is when someone in a position of power takes advantage of their position illegally and intentionally*psychic. Flesh type-freedom laws-Freedom laws in the United States include:

Freedom of religion

The First Amendment's "establishment" clause prevents the government from establishing an official religion, and the "free exercise" clause allows people to practice their religion without government interference.

Freedom of the press

This freedom prevents the government from interfering with the printing and distribution of information or opinions. However, libel and copyright laws can limit this freedom.

Freedom of speech

This freedom allows people to express their ideas.

Freedom of assembly

This freedom allows people to gather together.

Freedom to petition

This freedom allows people to ask the government to fix a wrong or change a policy.

The Bill of Rights also protects the right to keep and bear arms, and prohibits unreasonable search and seizure, cruel and unusual punishment, and compelled self-incrimination-What are the 5 examples of freedom?

These include the right to life, the right to a fair trial, freedom from torture and other cruel and inhuman treatment, freedom of speech, freedom of religion, and the rights to health, education and an adequate standard of living-What is the Fifth Amendment freedom?

The Fifth Amendment guarantees that no one can be deprived of "life, liberty, or property, without due process of law." This means that before the government can take away someone's freedom

or property, they must follow certain rules and procedures to ensure fairness*psychic flesh type-gathering of people on one person laws-The First Amendment of the United States Constitution protects the right of the people to assemble peacefully. However, there are some restrictions on this right, including:

Government prohibition: The government can prohibit people from associating with groups that promote illegal activities.

Police and government officials: Police and other government officials can restrict the exercise of speech rights.

Private property: Private property owners can set rules for speech on their property.

An unlawful assembly occurs when two or more people assemble to commit a crime or to do a lawful act in a violent manner. The defendant must have willfully participated in the assembly and known that it was unlawful-and-gathering of people on one person laws-what limits are placed on the right of assembly?

social gathering examples

open meetings act violations

open meetings law

sunshine law

freedom of assembly limitations examples

what are individual rights balanced against?

unlawful assembly-my family*psychic flesh type-america-world-terrorist laws-Domestic terrorism

A felony that prohibits attempting, committing, conspiring, or soliciting to commit a felony with the intent to intimidate a civilian population, influence government policy, or affect government operation. The penalty is up to life in prison or death.

Use of weapons of mass destruction

A felony that prohibits using, threatening, attempting, or conspiring to use a weapon of mass destruction against property owned, leased, or used by a foreign government within the United States. The penalty is life in prison or death.

The SAFETY Act

Encourages the development and deployment of anti-terrorism technologies by creating systems of risk and litigation management.

The Terrorism Risk Insurance Act (TRIA)

A temporary federal program that provides a system for sharing public and private compensation for certain insured losses resulting from a certified act of terrorism.

The Domestic Terrorism Prevention Act of 2022

Authorizes domestic terrorism components within the Department of Homeland Security (DHS), the Department of Justice (DOJ), and the Federal Bureau of Investigation (FBI) to monitor, analyze, investigate, and prosecute domestic terrorism.

The Ammonium Nitrate Security Program

A proposed regulation developed by the Department of Homeland Security (DHS) to regulate the sale and transfer of ammonium nitrate.

State Sponsors of Terrorism

Sanctions laws that penalize persons and countries engaging in certain trade with state sponsors.-and-terrorism laws when done to a american-In the United States, terrorism laws apply to acts that are intended to intimidate, retaliate against, or coerce a civilian population or government:

Felony

Committing, attempting, or conspiring to commit a felony with the intent to intimidate a civilian population, influence government policy, or affect government operation is a felony punishable by up to life in prison or death.

Civil action

A person injured as a result of a terrorist crime can bring a civil action for up to three times the damages sustained or $10,000, whichever is greater, and the cost of the suit.

USA PATRIOT Act

This act increased penalties for those who commit terrorist crimes, and allows warrants to be obtained in any district where terrorism-related activities occurred.

Domestic Terrorism Prevention Act of 2022

This act authorizes the Department of Homeland Security (DHS), the Department of Justice (DOJ), and the Federal Bureau of Investigation (FBI) to monitor, analyze, investigate, and prosecute domestic terrorism.

The FBI defines terrorism as violent, criminal acts committed by individuals and/or groups to further ideological goals or to be associated with foreign terrorist organizations or nations-and-terrorism laws when done to a american from the american government-In the United States, if the American government were to commit acts considered "terrorism" against an American citizen, it would be considered a violation of their constitutional rights, particularly the right to due process, and could be subject to legal action under existing laws, including the "domestic terrorism" provisions within the U.S. Code, which generally require acts of violence intended to intimidate or coerce a civilian population or influence government policy; however, the exact legal framework and application would depend on the specific nature of the actions taken.

Key points to consider:

The Patriot Act:

This law, enacted after 9/11, has been controversial due to concerns about potential government overreach in surveillance and investigation powers, particularly when targeting American citizens suspected of terrorism-related activities; however, it does include safeguards to protect against abuse.

Definition of Domestic Terrorism:

Under federal law, domestic terrorism is defined as acts of violence committed by individuals or groups based and operating entirely within the U.S. that are intended to intimidate or coerce a civilian population to influence government policy.

Judicial Review:

If the government were to engage in actions considered "terrorism" against an American citizen, the individual could challenge these actions in court, seeking judicial review to determine if the government overstepped its legal authority.

Important aspects of relevant laws:

Intent and Motive:

To be considered an act of terrorism, the government's actions would need to demonstrate a clear intent to intimidate or coerce, not just a result of a legitimate law enforcement operation.

Proportionality:

Even in the context of counterterrorism, the government's response must be proportional to the perceived threat, meaning excessive force or overly intrusive surveillance could be challenged legally.-The Department of Justice's first priority is to prevent future terrorist attacks. Since its passage following the September 11, 2001 attacks, the Patriot Act has played a key part - and often the leading role - in a number of successful operations to protect innocent Americans from the deadly plans of terrorists dedicated to destroying America and our way of life. While the results have been important, in passing the Patriot Act, Congress provided for only modest, incremental changes in the law. Congress simply took existing legal principles and retrofitted them to preserve the lives and liberty of the American people from the challenges posed by a global terrorist network.

The USA PATRIOT Act: Preserving Life and Liberty

(Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism)

Congress enacted the Patriot Act by overwhelming, bipartisan margins, arming law enforcement with new tools to detect and prevent terrorism: The USA Patriot Act was passed nearly unanimously by the Senate 98-1, and 357-66 in the House, with the support of members from across the political spectrum.

The Act Improves Our Counter-Terrorism Efforts in Several Significant Ways:

1. The Patriot Act allows investigators to use the tools that were already available to investigate organized crime and drug trafficking. Many of the tools the Act provides to law enforcement to fight terrorism have been used for decades to fight organized crime and drug dealers, and have been reviewed and approved by the courts. As Sen. Joe Biden (D-DE) explained during the floor debate about the Act, "the FBI could get a wiretap to investigate the mafia, but they could not get one to investigate terrorists. To put it bluntly, that was crazy! What's good for the mob should be good for terrorists." (Cong. Rec., 10/25/01)

• Allows law enforcement to use surveillance against more crimes of terror. Before the Patriot Act, courts could permit law enforcement to conduct electronic surveillance to investigate many ordinary, non-terrorism crimes, such as drug crimes, mail fraud, and passport fraud. Agents also could obtain wiretaps to investigate some, but not all, of the crimes that terrorists often commit. The Act enabled investigators to gather information when looking into the full range of terrorism-related crimes, including: chemical-weapons offenses, the use of weapons of mass destruction, killing Americans abroad, and terrorism financing.-• Allows federal agents to follow sophisticated terrorists trained to evade detection. For years, law enforcement has been able to use "roving wiretaps" to investigate ordinary crimes, including drug offenses and racketeering. A roving wiretap can be authorized by a federal judge to apply to a particular suspect, rather than a particular phone or communications device. Because international terrorists are sophisticated and trained to thwart surveillance by rapidly changing locations and communication devices such as cell phones, the Act authorized agents to seek court permission to use the same techniques in national security investigations to track terrorists.

• Allows law enforcement to conduct investigations without tipping off terrorists. In some cases if criminals are tipped off too early to an investigation, they might flee, destroy evidence, intimidate or kill witnesses, cut off contact with associates, or take other action to evade arrest. Therefore, federal courts in narrow circumstances long have allowed law enforcement to delay for a limited time when the subject is told that a judicially-approved search warrant has been executed. Notice is always provided, but the reasonable delay gives law enforcement time to identify the criminal's associates, eliminate immediate threats to our communities, and coordinate the arrests of multiple individuals without tipping them off beforehand. These delayed notification search warrants have been used for decades, have proven crucial in drug and organized crime cases, and have been upheld by courts as fully constitutional.

• Allows federal agents to ask a court for an order to obtain business records in national security terrorism cases. Examining business records often provides the key that investigators are looking for to solve a wide range of crimes. Investigators might seek select records from hardware stores or chemical plants, for example, to find out who bought materials to make a bomb, or bank records to

see who's sending money to terrorists. Law enforcement authorities have always been able to obtain business records in criminal cases through grand jury subpoenas, and continue to do so in national security cases where appropriate. These records were sought in criminal cases such as the investigation of the Zodiac gunman, where police suspected the gunman was inspired by a Scottish occult poet, and wanted to learn who had checked the poet's books out of the library. In national security cases where use of the grand jury process was not appropriate, investigators previously had limited tools at their disposal to obtain certain business records. Under the Patriot Act, the government can now ask a federal court (the Foreign Intelligence Surveillance Court), if needed to aid an investigation, to order production of the same type of records available through grand jury subpoenas. This federal court, however, can issue these orders only after the government demonstrates the records concerned are sought for an authorized investigation to obtain foreign intelligence information not concerning a U.S. person or to protect against international terrorism or clandestine intelligence activities, provided that such investigation of a U.S. person is not conducted solely on the basis of activities protected by the First Amendment.-2. The Patriot Act facilitated information sharing and cooperation among government agencies so that they can better "connect the dots." The Act removed the major legal barriers that prevented the law enforcement, intelligence, and national defense communities from talking and coordinating their work to protect the American people and our national security. The government's prevention efforts should not be restricted by boxes on an organizational chart. Now police officers, FBI agents, federal prosecutors and intelligence officials can protect our communities by "connecting the dots" to uncover terrorist plots before they are completed. As Sen. John Edwards (D-N.C.) said about the Patriot Act, "we simply cannot prevail in the battle against terrorism if the right hand of our government has no idea what the left hand is doing." (Press release, 10/26/01)

• Prosecutors and investigators used information shared pursuant to section 218 in investigating the defendants in the so-called "Virginia Jihad" case. This prosecution involved members of the Dar al-Arqam Islamic Center, who trained for jihad in Northern Virginia by participating in paintball and paramilitary training, including eight individuals who traveled to terrorist training camps in Pakistan or Afghanistan between 1999 and 2001. These individuals are associates of a violent Islamic extremist group known as Lashkar-e-Taiba (LET), which operates in Pakistan and Kashmir, and that has ties to the al Qaeda terrorist network. As the result of an investigation that included the use of information obtained through FISA, prosecutors were able to bring charges against these individuals. Six of the defendants have pleaded guilty, and three were convicted in March 2004 of charges including conspiracy to levy war against the United States and conspiracy to provide material support to the Taliban. These nine defendants received sentences ranging from a prison term of four years to life imprisonment.

3. The Patriot Act updated the law to reflect new technologies and new threats. The Act brought the law up to date with current technology, so we no longer have to fight a digital-age battle with antique weapons-legal authorities leftover from the era of rotary telephones. When investigating the murder of Wall Street Journal reporter Daniel Pearl, for example, law enforcement used one of the Act's new authorities to use high-tech means to identify and locate some of the killers.

• Allows law enforcement officials to obtain a search warrant anywhere a terrorist-related activity occurred. Before the Patriot Act, law enforcement personnel were required to obtain a search warrant in the district where they intended to conduct a search. However, modern terrorism investigations often span a number of districts, and officers therefore had to obtain multiple warrants in multiple jurisdictions, creating unnecessary delays. The Act provides that warrants can be obtained in any district in which terrorism-related activities occurred, regardless of where they will be executed. This provision does not change the standards governing the availability of a search warrant, but streamlines the search-warrant process.-• Allows victims of computer hacking to request law enforcement assistance in monitoring the "trespassers" on their computers. This change made the law technology-neutral; it placed electronic trespassers on the same footing as physical trespassers. Now, hacking victims can seek law enforcement assistance to combat hackers, just as burglary victims have been able to invite officers into their homes to catch burglars.

4. The Patriot Act increased the penalties for those who commit terrorist crimes. Americans are threatened as much by the terrorist who pays for a bomb as by the one who pushes the button. That's why the Patriot Act imposed tough new penalties on those who commit and support terrorist operations, both at home and abroad. In particular, the Act:

• Prohibits the harboring of terrorists. The Act created a new offense that prohibits knowingly harboring persons who have committed or are about to commit a variety of terrorist offenses, such as: destruction of aircraft; use of nuclear, chemical, or biological weapons; use of weapons of mass destruction; bombing of government property; sabotage of nuclear facilities; and aircraft piracy.

• Enhanced the inadequate maximum penalties for various crimes likely to be committed by terrorists: including arson, destruction of energy facilities, material support to terrorists and terrorist organizations, and destruction of national-defense materials.

• Enhanced a number of conspiracy penalties, including for arson, killings in federal facilities, attacking communications systems, material support to terrorists, sabotage of nuclear facilities, and interference with flight crew members. Under previous law, many terrorism statutes did not specifically prohibit engaging in conspiracies to commit the underlying offenses. In such cases, the government could only bring prosecutions under the general federal conspiracy provision, which carries a maximum penalty of only five years in prison.

• Punishes terrorist attacks on mass transit systems.

• Punishes bioterrorists.

• Eliminates the statutes of limitations for certain terrorism crimes and lengthens them for other terrorist crimes.

The government's success in preventing another catastrophic attack on the American homeland since September 11, 2001, would have been much more difficult, if not impossible, without the USA Patriot Act. The authorities Congress provided have substantially enhanced our ability to prevent, investigate, and prosecute acts of terror.-psychic flesh type*psychic flesh type-prevent law achievement  law-preventive law process-preventive law examples

preventive laws

preventive law definition-Law 30 of the 48 laws of power

This law of power states that people should make their accomplishments seem effortless by concealing the hard work and practice that went into them. The goal is to make actions seem natural and executed with ease. While this approach can help build a positive reputation, it can also lead to misrepresentation and a lack of appreciation for the effort involved*psychic flesh type-jelousy law*psychic flesh type-misdealings law-Misdealings laws can refer to laws that prohibit misleading conduct, misappropriation of funds, and other types of financial misconduct:

Misleading conduct

This includes knowingly making false statements, intentionally omitting information, or using a trick to mislead. For example, Social Services Law § 145-c prohibits intentionally making false statements to receive public assistance.

Misappropriation of funds

This is when someone uses funds for a purpose other than what they were intended for. For example, a CEO who uses funds meant for company expenses to pay their personal credit card bills could be charged with misappropriation.

Corporate criminal law

This covers a range of issues, including financial fraud and bribery of foreign government officials.-who are you law people?*psychic flesh type-autonomy without share act-What is personal autonomy in law?

A person has a right to determine their own life and make their own decisions, even when those decisions are not ones others would make.*psychic flesh type-human practices law-you need to know what im in court for-no sex no eating no takers revenges or to murder types-Human practices can refer to the study of how work affects the world, and how the world affects work. It can also refer to activities that help teams examine questions of responsibility and ethics.

Here are some other topics related to human practices and law:

The Law of Human Performance

This law states that practice makes perfect, and applies to cognitive, creative, and sensory-motor tasks.

The Belmont Report

This 1979 report outlines the ethical principles for research involving human subjects. The report influenced the creation of the Federal Policy for the Protection of Human Subjects, also known as the Common Rule.

Human rights

Human rights include the right to life, liberty, and security, freedom from torture, and freedom from arbitrary arrest.

Federal human rights laws

The Office of Human Rights enforces laws that protect people from unlawful discrimination, such as the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, and the Age Discrimination in Employment Act.

The Universal Declaration of Human Rights

This document was proclaimed by the United Nations General Assembly in 1948 and sets out fundamental human rights to be protected universally.-What are the 5 human rights law?

Human rights include the right to life and liberty, freedom from slavery and torture, freedom of opinion and expression, the right to work and education, and many more.-What are the 12 human rights?

Appendix 5: The Universal Declaration of Human Rights (abbreviated)

Article 1 Right to Equality

Article 9 Freedom from Arbitrary Arrest and Exile
Article 10 Right to Fair Public Hearing
Article 11 Right to be Considered Innocent until Proven Guilty
Article 12 Freedom from Interference with Privacy, Family, Home and Correspondence-What are the 10 civil rights?
Civil rights generally include ensuring peoples' physical and mental integrity, life, and safety, protection from discrimination, the right to privacy, the ...-What is violation of human rights?
It prohibits arbitrary deprivation of life; torture, cruel or degrading treatment or punishment; slavery and forced labour; arbitrary arrest or detention; ...*psychic flesh type-people impact laws-u.s. laws that protect human rights-
disparate impact
disparate treatment
list of anti discrimination laws,laws against discrimination in the workplace
human rights violations examples
laws that protect political rights
disparate impact discrimination definition-People can impact laws in many ways, including through employment discrimination, voting rights, and abortion rights:
Employment discrimination
The Civil Rights Act of 1964 prohibits discrimination in employment based on race, color, religion, sex, national origin, or disability. This includes refusing to give applications to certain people, basing hiring decisions on stereotypes, or retaliating against people who file discrimination charges.
Voting rights
The Civil Rights Act of 1964 also strengthened voting rights enforcement.
Abortion rights
In 2022, the US Supreme Court ended federal protections for abortion, which led to many states implementing bans on abortion. These bans impacted millions of people of reproductive age.
Parking minimums
Local laws that require new housing units to have parking spaces can increase housing costs, traffic, and pollution.
Healthcare access
Restrictions on healthcare access can increase vulnerability for vulnerable and under-resourced groups.
Americans with Disabilities Act
The ADA requires businesses to provide people with disabilities equal access to their goods and services.*psychic flesh type-making a life be manipulated for a foreign cause law-AMERICANS AT RISK: MANIPULATION AND DECEPTION IN THE DIGITAL AGE
116th Congress (2019-2020)*psychic flesh type-human body physical harm laws-physical violence laws-What are the types of violence?
Physical Violence. Physical violence occurs when someone uses a part of their body or an object to control a person's actions.
Sexual Violence. ...
Emotional Violence. ...
Psychological Violence. ...
Spiritual Violence. ...
Cultural Violence. ...
Verbal Abuse. ...
Financial Abuse.-battery law-Battery is the unlawful touching of another person in a harmful, offensive, or annoying way. It can include pushing, shoving, spitting, hugging, touching, or even

kissing. Battery can also include creating a threatening environment.

Battery is different from assault, which does not require physical contact. Assault can be an attempt at battery, or any physical act that puts someone in fear of imminent bodily injury.

Here are some key points about battery law:

Legal definition

The legal definition of battery varies by state.

Criminal intent

Battery can be committed with specific intent, general intent, recklessness, or negligence.

Penalties

Battery can result in up to a year in jail and up to $1,000 in fines. Battery can be aggravated if the victim was pregnant, the perpetrator used a weapon, or the perpetrator intended to cause significant bodily harm.

Defenses

A defendant can defend against battery by proving they had the plaintiff's consent, or that they acted in self-defense.

Civil claims

If someone is injured by battery, they may be able to file a civil claim for damages. A personal injury attorney can help with this process. *psychic flesh type-assualt-Assault is a crime that involves causing or attempting to cause physical harm or unwanted contact to another person:

Definition

Assault is the intentional use of force or violence against another person, or the threat to do so. It can include physical violence, threats of violence, or the deliberate infliction of fear.

Types of assault

There are different types of assault, including:

Simple assault: An attack or threat of an attack without a weapon, with the intent to inflict less serious violence

Aggravated assault: An attack that results in serious physical injury, or a threat or attempted attack with a deadly weapon

Classification

Assault can be defined differently from one state to another. The classification can be based on the resulting injury, weapons used, or other circumstances of the crime.

Consequences

Assault can result in criminal prosecution, civil liability, or both. Depending on the severity of the offense, assault may result in a fine, imprisonment, or even death.

Consent

Consent to the use of force must be given freely, with a full understanding of the risks involved. For example, in a sporting event, the force that is being consented to must be within reasonable limits, and not meant to cause serious injury.*psychic flesh type-

People fighting a life for what they have law-What does the law say about fighting?

Hand-to-Hand Fighting is Almost Always Illegal

Almost every jurisdiction in the United States bans physical combat, whether a street fight, bar brawl, or domestic violence. Criminal charges may range from disturbing the peace or disorderly conduct to assault and battery.-*-psychic flesh type-415*psychic flesh type-perjury law from law people-Perjury is the act of intentionally making a false statement under oath in a legal proceeding. The statement must be material to the case and intended to mislead the court. The law requires that the person understood the question and chose to lie.

Perjury is a crime in the United States, and is governed by several federal statutes, including:

18 U.S.C. § 1621: The traditional perjury statute that applies to false statements made before legislative, administrative, or judicial bodies

18 U.S.C. § 1623: Applies to false statements made before federal courts and grand juries
The punishment for perjury can include: A fine, Imprisonment for up to five years, and Both a fine and imprisonment.
Perjury can be difficult to prosecute because it's not enough to prove that the statement was false. Prosecutors must also prove that the person intentionally misled the court. In fact, perjury charges are often difficult to prove, and innocent people are sometimes wrongly accused.
A person can also be guilty of perjury if they persuade others to commit perjury, which is called suborning perjury. -Perjury is a crime that occurs when someone intentionally lies under oath while testifying in a court hearing. The elements of perjury include:
The declarant took an oath to testify truthfully
The declarant intentionally made a false statement
The declarant knew the statement was false
The statement was material, meaning it substantially affected the outcome of the proceeding
The punishment for perjury under federal law is: A fine, Up to five years in prison, and Both a fine and imprisonment.
The exact sentence depends on several factors, including: The impact of the perjury on the case and The defendant's criminal history.
Perjury is a felony under federal law, but it can be a misdemeanor or felony under state law. A conviction for perjury can have serious consequences, including: Being prohibited from owning a gun, Being prohibited from serving on a jury, Having difficulty getting a job, Damage to reputation, and Jeopardizing a career.
Some defenses to perjury include:
The defendant believed the statement was true, even if they were mistaken
The defendant misunderstood the question
The false statement didn't address a material fact
The defendant promptly recanted the false statement*psychic flesh type-courthouse people only working corrupt for benefits law-who can overrule a judge
what is it called when a judge ignores evidence
who investigates corrupt judges
what are four types of judicial misconduct,what if a judge ignores the law
supreme court corruption history
supreme court corruption cases
what can you do if a judge is unfair-What are examples of corruption in courts?
There are similar risks in civil proceedings when court clerks and other court administrators can be bribed to abuse their powers. Risks include clerks charging unauthorised fees for court services, accepting bribes to lose files or giving access to judicial decisions before they are scheduled for release.-What is the Supreme Court corruption law?
SUPREME COURT OF THE UNITED STATES
Section 666 of Title 18 makes it a crime for state and local officials to "corruptly" solicit, accept, or agree to accept "anything of value from any person, intending to be influenced or rewarded" for an official act.Jun 26, 2024-How to fight judicial corruption?
Judicial anti-corruption reformers must find the correct balance between demanding accountability of judicial actors and protecting their independence. Judicial independence should be safeguarded so that political actors and other powerful interests cannot influence judicial decision making.-What to do when the justice system fails you?

If the criminal justice system has failed to meet your needs, remember that you have options to pursue civil remedies, including orders of protection and restitution. You also may have options seeking justice through tribal court, both civil and criminal.-What is the U.S. corruption Act?

U.S. Foreign Corrupt Practices Act. FCPA makes it unlawful for a U.S. person or company to offer, pay, or promise to pay money to any foreign official for the purpose of obtaining or retaining business.-Who holds a judge accountable?

Under the Judicial Conduct and Disability Act, chief judges and circuit judicial councils, and the Judicial Conference of the United States, when appropriate, investigate and resolve any submitted claim that a judge "has engaged in conduct prejudicial to the effective and expeditious administration of the business of -How does corruption violate the rule of law?

Corruption is known as the main obstacle against the achievement of democracy and the rule of law. The best laws and efficient judiciary system can be meaningless when the police and security forces or judges are corrupt and accept bribes to postpone investigation or law enforcement procedure.-Who investigates corruption?

The Public Integrity Section (PIN) oversees the investigation and prosecution of all federal crimes affecting government integrity, including bribery of public officials, election crimes, and other related offenses.-What is it called when a judge is unfair?

A motion to recuse is a legal motion that asks the court to remove a judge from a case because they may be biased.*psychic flesh type-switching places law*psychic flesh type-modern law-Modern law can refer to a number of things, including:

Modern law practice

A business-centered approach to legal practice that uses new technologies and partnerships to improve efficiency and decision-making.

Legal modernism

A legal theory that responds to a cultural crisis, where some question the rule of law or the objectivity of legal reasoning.

The Making of Modern Law

A series of databases from Gale that includes primary and secondary legal sources from 1600 to 1978. The databases include trial proceedings, U.S. Supreme Court records, and statutory sources from U.S. states and territories.

Making of Modern Law: Legal Treatises

A collection of digitized legal treatises that were originally published in the United States and Great Britain from 1800 to 1926.

The Modern Law Firm

A book that provides guidance on how to use technology to build a cutting-edge legal practice.*psychic flesh type-illegal commercial law-Illegal commercial law includes antitrust laws, which prohibit certain actions that can restrict competition:

Price fixing: Competitors agree on a common price for their products

Bid rigging: Competitors collude to rig bids

Market allocation: Competitors divide up markets

Monopolization: A company creates or maintains monopoly power by excluding competitors or preventing new entry

Tying agreements: A company forces customers to buy one product in order to purchase another

Predatory pricing: A company sets prices very low to drive competitors out of business

The Sherman Act is a criminal law that outlaws these actions. Violations can result in:

Up to $100 million in criminal penalties for corporations

Up to $1 million in criminal penalties for individuals

Up to 10 years in prison

The Federal Trade Commission (FTC) challenges unreasonable horizontal restraints of trade. The FTC also regulates and enforces deceptive advertising for products such as wireless phone services.*psychic flesh type-when a legal person is left people that don't obey law act-them and i-due process violation examples

rule of law

due process of law amendment

substantive due process

due process of law simple definition

14th amendment

the right to be tried soon after being accused of a crime

due process examples*psychic flesh type-a person distributed in things and attention law*psychic flesh type-a person distributed in things and attention law-being sold without consent law-Being sold without content" in legal terms generally refers to the act of selling a product or service where the key information or details about what is being sold are not adequately disclosed, potentially constituting a form of consumer fraud, often falling under regulations related to deceptive advertising or unfair business practices depending on the jurisdiction.

Key points about "being sold without content" law:

Lack of transparency:

The primary concern is that consumers are not provided with enough information to make an informed decision about the product or service they are buying.

Potential legal issues:

Depending on the circumstances, selling without adequate content could violate laws related to:

Consumer protection statutes: Like the Federal Trade Commission Act in the US, which prohibits deceptive advertising practices.

Specific industry regulations: Some industries have specific labeling or disclosure requirements that could be violated by not providing enough information about a product.

Contract law: If the lack of content leads to a significant misunderstanding about what is being sold, it could be considered a breach of contract.

Examples of situations where "being sold without content" might apply:

Online marketplace listings with vague descriptions:

Selling a product on an online platform with a very brief and non-descriptive description, leaving buyers unsure about the item's features or quality.

Digital products with hidden limitations:

Selling a software program without clearly stating its limitations or compatibility issues.

Subscription services with unclear terms:

Offering a subscription service without explicitly outlining the cost, renewal process, or cancellation policies.

What can sellers do to avoid issues with "being sold without content":

Provide detailed product descriptions:

Clearly outline all important features, specifications, and limitations of a product or service.

Comply with industry standards:

Follow any mandatory labeling or disclosure requirements specific to the product category.

Transparent pricing:

Clearly state all costs associated with a purchase, including any fees or recurring charges.

Disclose any potential risks or limitations:

Inform consumers about potential drawbacks or restrictions related to the product or service.*psychic flesh type-overworked body laws-There is no law that limits the number of hours an employer can make an employee work. However, there are some laws and protections that may apply to overworked employees:

Overtime pay

The Fair Labor Standards Act (FLSA) requires employers to pay overtime for hours worked over 40 in a workweek.

Workers' compensation

If overworking affects you physically, you may be able to make a workers' compensation claim.

Refusing dangerous work

You may have the legal right to refuse to work in a hazardous situation if you have asked your employer to eliminate the danger and they failed to do so.

Requesting workplace changes

You have the right to request reasonable changes to your workplace because of your religious beliefs, medical condition, or pregnancy, childbirth, or related medical conditions.

OSHA

You can contact OSHA toll-free at 1-800-321-6742 to discuss a health and safety issue at work. You can also check your contract and staff handbooks to see what processes and protections are available to you.*psychic flesh type-Think tanks and political action committees and lobbyist on psychic law*psychic flesh type-blackmail law-Blackmail is a crime that involves using threats to obtain something of value, and is covered by federal law under 18 U.S.C. § 873:

Penalties

The penalty for blackmail is a fine, up to one year in federal prison, or both.

Elements of the crime

Blackmail occurs when someone demands or receives money or something valuable in exchange for not informing on a violation of the law, or under the threat of informing.

Possible defenses

Some legal defenses to blackmail charges include:

There was no threat

The victim knew the threat was impossible to carry out

The victim is falsely accusing the defendant

The defendant was not trying to coerce the victim

The defendant's attempts were unsuccessful or they gained nothing

Blackmail can also be prosecuted under state laws, which may have less severe penalties than federal charges.

If you are the victim of blackmail, you can:

Sue the blackmailer

Work with a cyber investigation expert to track the blackmailer using IP addresses or account information

Have your attorney send a cease-and-desist letter*psychic flesh type-3stealing human energy with technology law-What is the Defense Production Act for AI?

AI Acquisition and Invocation of the Defense Production Act

14110 invokes the Defense Production Act (DPA), which gives the President sweeping authorities to compel or incentivize industry in the interest of national security.Dec 12, 2023-What are the 3 laws for AI?

A robot may not injure a human being or, through inaction, allow a human being to come to harm. A robot must obey orders given it by human beings except where such orders would conflict with the First Law. A robot must protect its own existence as long as such protection does not conflict with the First or Second Law.-What are the human rights against AI?

The human rights to privacy and data protection, equality and non-discrimination are key to the governance of AI, as are human rights' protection of autonomy and of economic, social and cultural rights in ensuring that AI will benefit everyone.-What is the intelligence oversight law?

Intelligence oversight ensures that NSA/CSS intelligence and intelligence-related functions comply with federal law, executive orders, and DoD and NSA policies, and that Agency activities are conducted consistently with civil liberties and U.S. person privacy protections.-What does Executive Order 12333 do?

Executive Order (EO) 12333 is the foundational authority by which NSA collects, retains, analyzes, and disseminates foreign signals intelligence information. The principal application of this authority is the collection of communications by foreign persons that occur wholly outside the United States.*psychic flesh type-laws that protect personal-privacy protection act

united states data protection laws

privacy laws examples

what personal information is protected by the privacy act

privacy act of 1974

privacy protection act of 1980

american privacy rights act

what is protected under the privacy act-Here are some laws that protect personal information:

Children's Online Privacy Protection Act (COPPA)

Protects children under 13 by requiring parental consent for the collection or use of their personal information online.

Privacy Act of 1974

Governs how federal agencies can collect, use, and maintain personal information. Individuals have the right to know what information is being collected and how it's being used.

Health Insurance Portability and Accountability Act (HIPAA)

Protects the confidentiality and security of healthcare information.

Gramm-Leach-Bliley Act (GLBA)

Protects consumer privacy by requiring financial institutions to:

Explain information-sharing practices to customers

Allow customers to opt out of having their data shared with third parties

Follow established guidelines for collecting, using, and protecting customer data

Develop and implement a written information security program

California Consumer Privacy Act (CCPA)

Gives California residents a certain amount of control over the personal data that businesses collect about them.*psychic flesh type-white collar crime-White collar law is a legal area that deals with non-violent crimes that are committed for financial gain. These crimes are often committed by business professionals and public officials, but can involve individuals from any industry.

White collar crimes include:

tax evasion, insider trading, insurance fraud, bribery, embezzlement, money laundering, antitrust violations, bankruptcy fraud, computer and internet fraud, and counterfeiting.

White collar crimes can carry severe penalties, including: Substantial fines, Mandatory payments to compensate victims, and Significant prison time.

White collar crimes are often difficult to prosecute because the perpetrators use complex transactions to conceal their activities. Federal agencies like the FBI, SEC, or IRS may participate in investigations.

A white collar crime lawyer can negotiate with the prosecution to explore potential plea bargains or alternative resolutions.-What is the difference between larceny and embezzlement?

With larceny, the property is carried away; it was never in the possession of the perpetrator, the perpetrator never owned it nor had any legal right to possess it. With embezzlement, however, the perpetrator has lawfully possessed the property, but then has converted it into his/her own property.*psychic flesh type-precedent law-In law, a precedent is a court decision that serves as an authority for similar cases with similar facts or legal issues. The doctrine of precedent is the rule that courts should follow the legal principles established by superior courts in similar cases. Here are some things to know about precedents:

Consistency

Precedents are used to ensure that judges make consistent decisions, and that people in similar situations are treated similarly.

Hierarchy

Lower courts typically follow the precedents set by higher courts, such as the Supreme Court.

Exceptions

A precedent can be overturned if a party can show that it was incorrectly resolved or differed materially from the current case.

Civil law

In civil law systems, courts consider past decisions when there is a sufficient level of consistency in case law.

Landmark cases

Some landmark cases, such as Brown v. Board of Education, have had a significant impact on the legal system.,*psychic flesh type-to feel alone with a human life body law*psychic flesh type-a hobo conscious and then publicity-People also ask

What is a violation of the right of publicity?

A violation of this right occurs when an individual's name, likeness or identity has been misappropriated by another for commercial purposes. The victim in such a case is entitled to recover for the unauthorized economic gain by the tortfeasor.-What is the test for the right of publicity?

A four-step test is considered when deciding whether an individual's publicity rights have been violated: A person's "identity" has been used. A name or likeness was appropriated to provide commercial or other advantage. Consent was not granted.-What is the rule of law for publicity?

(a) A lawyer who is participating or has participated in the investigation or litigation of a matter shall not make an extrajudicial statement that the lawyer knows* or reasonably should know* will (i) be disseminated by means of public communication and (ii) have a substantial* likelihood of materially prejudicing an ...-What is the violation of the right of publicity and invasion of privacy?

If someone is using your name or likeness in connection with the sale of goods or other advertising, they may be liable under California law for "Invasion of Privacy." The right of publicity is a form of intellectual property distinct from trademark and copyright that protects against the unauthorized use of a person's ...-What is the difference between the right of privacy and the right of publicity?

While very close to the appropriation prong of privacy, the right of publicity is more a matter of control of property than an individual inalienable right. Unlike privacy, the right of publicity can survive death for varying lengths of time, based on state law.-Which states have a constitutional right to privacy?

Constitutions in ten states—Alaska, Arizona, California, Florida, Hawaii, Illinois, Louisiana, Montana, South Carolina, and Washington—expressly recognize a right to privacy.*psychic flesh type-who they self trust another in government and it's a one self matter law-who they self trust another in government and it's a one self matter law

why has trust in government declined

consequences of lack of trust in government

what is it called when you don't trust the government

self-determination examples

statistics on trusting others

Right to self-determination un

examples of distrust in government,identify five reasons for which citizens lose trust in government-Is the United States self-governed?

The Constitution establishes a federal democratic republic form of government. That is, we have an indivisible union of 50 sovereign States. It is a democracy because people govern

themselves.*psychic flesh type-Why is gambling illegal?

Why Is Gambling Illegal? Gambling has long been considered a vice, associated with the likes of organized crime, money laundering, addiction, and immorality. Even federal law makes certain gambling operations illegal*psychic flesh type-no game law with law act|no deal law with law act*psychic flesh type-getting personal with a person and it gets evil illegal tou you and your not a clairvoyant-and-Skip to main content

Main Menu

Utility Menu

Search

University Logo

Office of the General Counsel

Copyright and Fair Use

The guide set forth below is available in PDF here: Copyright and Fair Use: A Guide for the Harvard Community.

You may also read frequently asked questions concerning copyright and privacy for more information.

Copyright and Fair Use: A Guide for the Harvard Community

CONTENTS

Basics of Copyright

What is copyright?

Why is copyright necessary?

What can be copyrighted?

What does copyright protect?

Who owns the copyright?

Can a copyright be transferred to someone else?

How does a work become copyrighted?

Should I include a copyright notice or register the copyright in my work?

Can I avoid infringement by crediting the source?

When do copyrights expire, and how can I determine if an old work is still covered by copyright?

Does a copyright expire when a work goes out of print?

How do I get permission to reproduce or disseminate someone else's copyrighted work?

Does copyright apply to online materials?

What should I be aware of when I create a website?

How do I handle linking to material licensed by Harvard? What about linking to other material?

Fair Use of Copyrighted Material

What is "fair use"?

What is the test for fair use?

What considerations are relevant in applying the first fair use factor—the purpose and character of the use?

What considerations are relevant in applying the second fair use factor—the nature of the copyrighted work?

What considerations are relevant in applying the third fair use factor—the amount and substantiality of the portion used in relation to the copyrighted work as a whole?

What considerations are relevant in applying the fourth fair use factor—the effect upon the potential market for or value of the copyrighted work?

How should one weigh the various factors in arriving at a determination whether there is fair use?

How does fair use apply to photocopying of course materials?

How does fair use apply to the use of third-party materials on a course website?

What are the rules for performing a musical or literary work, or showing a film or video, in class?

Copyright and Permissions at Harvard

How do I determine whether copyright should be in Harvard's name?

What happens if I receive a request from someone else to copy or quote from a work that is copyrighted by "President and Fellows of Harvard College"?

Do I need permission to use or copy material that has already been copyrighted by Harvard?

What provisions should I make when retaining an outside vendor to create a work for Harvard (sometimes known as "work for hire")?

If I am using a commercial computer program for my work, can I make a copy for a colleague, or a copy for my computer at home so that I can work there?

Copyright © 2023 President and Fellows of Harvard College

Basics of Copyright

What is copyright?

Copyright is the right of an author, artist, composer, or other creator to control other's use of their original work. Under the U.S. Copyright Act, as soon as a creator sets a work 'down in a tangible medium (like drawing on paper, recording on cassette, video on tape, or words on a website), the creator has the exclusive right to:

To reproduce and make copies of the work;

To prepare derivative works based on the work;

To distribute copies of the work to the public;

For literary, musical, dramatic, and choreographic works, pictorial, graphic, or sculptural works (including individual images or screenshots from audiovisual works), to display the work;

for literary, musical, dramatic, and choreographic works and audiovisual works, to publicly perform the work; and

for sound recordings, to perform them publicly through digital audio transmission.

Though there are exceptions to this rule, notably the fair use doctrine discussed below, generally unauthorized exercise of any of the above rights is copyright infringement. Note that a number of the seemingly straightforward terms in the above list are defined in odd ways in the Copyright Act. For example, "perform" means "to recite, render, play, dance, or act [the work], either directly or by means of any device or process or, in the case of a motion picture or other audiovisual work, to show its images in any sequence or to make the sounds accompanying it audible." "Display" means "to show a copy of [the work], either directly or by means of a film, slide, television image, or any other device or process or, in the case of a motion picture or other audiovisual work, to show individual images nonsequentially."

Keep in mind that a work can have multiple authors and that there can be layers of copyright. For example, in a given musical piece, one person may hold the copyright to the composition and another to the recording of the composition. A video of dancers dancing to that piece of music would have even more layers.

Why is copyright necessary?

Copyright is the law's attempt to reconcile two conflicting goals. On the one hand, we want to encourage creation of new and useful works by providing incentives to creators. Copyright gives an intellectual work some attributes of private property, allowing the creator to control how the work is used and to make money from it if others are willing to pay for its use.

On the other hand, we want society as a whole to benefit from new ideas and information, and so copyright protection is limited. Copyright protects only the form in which ideas and information are expressed. Copyrights expire after a certain period of time and the law allows certain limited uses of copyrighted material by others, without the creator's permission. The most important such use is "fair use," which is discussed below.

What can be copyrighted?

Broadly speaking, one can copyright any original work of authorship that can be "fixed in any tangible medium of expression," such as written on paper, or encoded on disk or tape, or recorded on film. This includes fiction and nonfiction writings, poetry, musical compositions (words and music alike), sound recordings, photographs, paintings and drawings, sculpture, architectural works, databases, choreographic works, dramatic works, audiovisual works such as movies, and multimedia works such as those on compact discs. Software code is copyrightable as well.

Unlike a patent, the degree of creativity necessary to qualify for a copyright is very modest. Virtually any original work—even a casual letter, or a compilation of information that involves some originality in selection or arrangement, such as a directory, an anthology, or a bibliography —can be copyrighted.

What does copyright protect?

Copyright protects only the form in which ideas or facts are expressed; it does not protect the ideas or facts themselves. For example, you may read a copyrighted article and appropriate its ideas or the facts it conveys into your own work without violating the copyright. However, unless fair use or another exception to copyright protection applies, you may not reproduce the actual text of the paper without permission. Another example: if you visit a museum and see a painting of a dragon breathing fire, you may paint your own painting of a dragon breathing fire, in your own way, or write about one. The painter's rights in the first painting do not include exclusive rights to the subject matter, just the particular way in which the painter interpreted the subject matter when they put brush to paper.

Though copyright does not protect ideas, names, slogans, or short phrases, there may be other intellectual property rights in those things, including trademark and patent.

Who owns the copyright?

Ordinarily, the creator does. However, if the creator creates the work in the course of employment or enters into a contract to make the work, then the work is a "work made for hire," and the employer or the contracting party owns the copyright. If two or more creators work together to make a work, they may be co-creators and jointing own the copyright in the work.

At Harvard, University policies may vary the ownership that would otherwise result under copyright law. For example, faculty often own the copyright in works they create even in the course of their employment. Harvard's Intellectual Property Policy can be found at https://otd.harvard.edu/faculty-inventors/resources/policies-and-procedu....

Can a copyright be transferred to someone else?

Like any other property, a copyright can be sold or given to someone else, who then becomes the owner of the copyright. A copyright is a bundle of exclusive rights, which can be transferred separately or all together. For example, an author might grant a publisher the exclusive right to publish the author's book, while retaining other exclusive rights, such as the right to write a sequel.

A copyright owner can also retain the copyright but permit others to exercise some of the owner's rights. For example, a photographer might permit the use of one of their photographs on a book jacket. A software company might permit customers to use its software program. In both cases, the copyright owner grants permission to use the copyrighted work and retains ownership of the copyright.

How does a work become copyrighted?

Under current law, copyright protection begins when an eligible work is fixed in a tangible medium of expression, such as by being written on paper or recorded on film. It is not necessary to register a work with the Copyright Office in Washington, D.C. to obtain copyright protection.

Should I include a copyright notice or register the copyright in my work?

Although no longer required for copyright protection, 'using a copyright notice is a good idea. A

notice informs others that the work is copyrighted and by whom, thus potentially deterring infringement and facilitating requests for permission. In addition, in the event another party uses the work without permission, the presence of the copyright notice will preclude that person from using a defense of innocent infringement.

A proper notice generally requires the symbol "©" or the word "Copyright," together with the copyright holder's name and the year of first publication—for example, "© 2023 President and Fellows of Harvard College." This designation should appear on or near the title page in printed works, and on an early screen in electronic works.

Registration of the copyright with the Copyright Office, while not necessary unless you wish to sue for infringement, confers certain benefits—for example, making statutory damages available if you do sue—and thus may be desirable for some works. To obtain some of those benefits, you must register before the infringement commenced or within a specified period after first publication of the work. Forms and instructions for registering a copyright are available at the U.S. Copyright Office website, www.copyright.gov.

Can I avoid infringement by crediting the source?

No. Copyright infringement and plagiarism are two different things. Plagiarism is the misappropriation of another's work, passing it off as your own without indicating the source. It is possible to plagiarize a work without infringing the copyright—for example if you take another's ideas without proper attribution, even though you do not copy the language, or you borrow from a work whose copyright has expired. Conversely, it is possible to infringe without plagiarizing. Properly citing the work you are copying does not avoid liability for infringement.

When do copyrights expire, and how can I determine if an old work is still covered by copyright?

Determining whether a copyright has expired can be complicated, because the rules governing the copyright term have changed a number of times. The term of United States copyright protection will depend upon when the work was created, whether it is unpublished or published, when it was first published, and the type of work (e.g., sound recordings are treated differently because they were not covered under the 1909 Copyright Act).

For works created in 1978 or thereafter, the copyright term commences upon creation. For most works, the term continues for the life of the author plus 70 years. For pseudonymous and anonymous works, and works made for hire, the term continues until 95 years from first publication or 120 years from creation, whichever expires first.

For works created before 1978, generally the following rules apply:

Works that were created before 1978 but remained unpublished on January 1, 1978 have the same term as works created in 1978 or thereafter, as described above, with one exception: the copyright term of any such work published before the end of 2002 will not expire before the end of 2047.

Before the current Copyright Act became effective in 1978, publication of a work in the United States with a proper copyright notice conferred statutory copyright and started the copyright term. Publication of the work in the United States without a proper copyright notice placed the work in the public domain, with narrow exceptions. The same general rule continued, with somewhat broader exceptions, until March 1, 1989. Hence, for works published in the United States before 1978 (or, with more exceptions, before March 1, 1989), if there is no copyright notice, the work may be in the public domain. Be particularly careful with works of foreign origin. Special rules have restored copyright in some foreign works published in this country without proper notice.

Works that were created before 1978 and published with a proper copyright notice before 1923 are now in the public domain. Works published with a proper copyright notice from 1923 through 1963 had an initial copyright term of 28 years, which could be renewed for a second term that now extends 67 years, for a total of 95 years. For these works, a renewal filing with the Copyright

Office near the end of the first term was necessary to secure the second term; if a timely filing was not made, the work fell into the public domain at the end of the first term. To determine whether the copyright was renewed, you can check with the Copyright Office in Washington (202-707-3000, or www.loc.gov/copyright/). Alternatively, you can find some, but not all, Copyright Office renewal records online, either at the Copyright Office website (www.copyright.gov/records/index.html) or in a Copyright Renewal Database made available by Stanford University (https://collections.stanford.edu/copyrightrenewals/bin/page?forward=home). Works published with a proper copyright notice from 1964 through 1977 also had an initial term of 28 years, with a renewal term of 67 years, for a total of 95 years, but the renewal term vested or will vest automatically at the end of the first term without any filing.

A helpful chart by Lolly Gasaway summarizing these rules in a simple way, entitled "When Works Pass into the Public Domain," may be found at https://www.boisestate.edu/generalcounsel/copyright/copyrightbasics/law/. A more comprehensive and detailed table by Peter Hirtle, entitled "Copyright Term and the Public Domain in the United States," may be found at https://guides.library.cornell.edu/copyright/publicdomain. Footnote 1 of the Hirtle document contains references to a number of other useful resources.

Note that one work may incorporate or be based upon an earlier work. For example, with appropriate permission, a motion picture may be based on a novel, or a book may include a photograph. The copyrights remain separate. Hence, the copyright term of the earlier work is not extended by the use of that work in the later work. But the copyright notice on the later work may pertain only to the later work, which can lead to confusion about the copyright status of the earlier work. Sometimes a work that has fallen into the public domain is published with new commentary, notes or the like. The public domain work may be copied by others, but not the new matter, which is protected by copyright.

The discussion above concerns copyright term in the United States. The copyright term in foreign countries often varies from that in the U.S., especially for works created before 1978. If you are reproducing, publishing, distributing, or displaying a work in a foreign country, you will need to investigate the copyright term in that country, a subject beyond the scope of this guide.

Does a copyright expire when a work goes out of print?

No.  The copyright lasts for a term of years (see above), regardless of whether the work is still in print.

How do I get permission to reproduce or disseminate someone else's copyrighted work?

Find the copyright owner and ask. There are no special forms that must be used, and permission can be oral or written, though it is good practice to obtain permission in writing. The copyright owner is free to charge whatever fee the copyright owner wishes, though the user is likewise free to try to negotiate a lower fee. Most major publishers and periodicals have a "permissions desk" or a "rights editor," and a written request addressed in this way will usually find its way to the right person. You should specify the publication you wish to take from; the precise pages, chapters, photographs or the like you want to use; how many copies you want to make; and the purpose of your use (for example, "as a handout in an undergraduate course in economics at Harvard College"). Many permissions desks accept requests by e-mail or through the publisher's website.

You can make as many copies as you like, without advance permission, from certain academic and scholarly journals now enrolled with the Copyright Clearance Center, a private clearing house (978-750-8400; www.copyright.com). After you copy, you remit the prescribed per-copy fee to the CCC. If a publication is enrolled with the CCC, its masthead will usually provide the necessary information. (The CCC rules for course packs may differ; check with them for current information.)

If you are requesting permission to post material for the use of students in a Harvard course,

your request should specify that the material will be restricted (for example, by password or student ID number) to students enrolled in the course, and that the site will be deactivated at the conclusion of the course. Specify the expected enrollment. This information lets the publisher know that the material will not be available to the public and allows publishers to set fees according to the number of users.

Does copyright apply to online materials?

Even though it may be possible to copy content from the Internet, doing so may still be copyright infringement. Though it may appear that images, video, music, text, and other content online are available to be copied and distributed without need of permission, that is frequently not the case. Authors retain copyright, even if they post their works online.

In addition, that you can download a copyrighted work does not mean that you are free to disseminate that work to others, either electronically or in hard copy.

You should abide by the following principles when you access  material available online:

Downloading material to your own computer necessarily makes an electronic copy of it, and printing what you've downloaded makes another copy. A copyright owner is therefore entitled to prohibit downloading and printing.

Remember that the site owner is not necessarily the copyright holder of the site's content. A site owner may hold the copyright to some materials but not others, or to none of it. Requests for permission should be directed to the copyright holder, not necessarily the website owner.

Even materials made available for "free" online may be subject to license terms. For example, stock photographs are often subject to an attribution requirement even if there is no license fee. Use of those materials must be in accordance with those license terms.

Keep in mind that there are ever-improving detection tools that copyright owners can use to identify unauthorized uses of their copyrighted materials online. For example, it is common for photographers to use tools that crawl the internet looking for unauthorized uses of their images and then seek compensation from infringers.

Look for a copyright notice on the copyrighted material you wish to use. The notice may be on the opening screen, a home page, an "About this Program" screen, or at the beginning or end of individual items (such as an article or a graphic) within the database.

If you are in a commercial database that charges a fee for searching material, and also permits you to download or print the material through mouse or key-stroke commands, you may assume that the copyright owner has authorized the operator of the database to allow users to download and print. You may pay an additional fee for this privilege. Multiple copies for classroom use may require additional fees.

What should I be aware of when I create a website?

If you create a website and wish to post copyrighted material on it, you must obtain the permission of the copyright holder unless fair use or another exemption applies. See the section entitled "How does fair use apply to the use of third-party materials on a course website" below. Harvard faculty and academic staff who create course web pages should consult their school's experts in this area (for example, FAS Academic Technology Group), who can provide technical assistance.

How do I handle linking to material licensed by Harvard?

The Harvard libraries license a vast number of periodicals and other copyrighted works for educational use. If material you wish to make available to students is licensed, you will be able to establish a link to the resource from a course website, or otherwise furnish students a URL, which will enable them to access the material in electronic form and print a copy for personal use. To find out whether a particular article or other work is available through Harvard's licensed resources, see http://p.lib.harvard.edu/discovery/journals.html. For instructions on creating links to those resources, see http://guides.library.harvard.edu/links

What about linking to other material?

Like other aspects of digital media, the law relating to links from one website to another is not entirely settled. Generally, however, you should not have a problem if you simply post a link to another site, even if that site contains copyrighted material. In such a case, you are not publishing the material; you are simply pointing the way to someone else's publication.

You should not, however, provide a link to a site that you have reason to know is violating copyright law—for example, a site that illicitly allows the free downloading of copyrighted software, music, or other material. You may reasonably assume that a website has the right to include the material found there, unless you have reason to know it is infringing.

If the site you wish to link to specifies particular requirements or restrictions concerning linking (e.g., in its "Terms of Use"), you should generally comply with them or seek permission if you wish to depart from them. Ordinarily, sites that require users to enter a user name and password do not permit linking that would bypass that process.

When you construct a link, be sure that it simply sends the user to another site. If you actually bring the material onto your own site, or "frame" it, you may be infringing copyright and may also mislead users as to the source of the content.

Fair Use of Copyrighted Material

What is "fair use"?

Fair use is the right to use a copyrighted work under certain conditions without permission of the copyright owner. The doctrine helps prevent a rigid application of copyright law that would stifle the very creativity the law is designed to foster. It allows one to use and build upon prior works in a manner that does not unfairly deprive prior copyright owners of the right to control and benefit from their works. Together with other features of copyright law like the idea/expression dichotomy discussed above, fair use reconciles the copyright statute with the First Amendment.

What is the test for fair use?

Fair use is actually an affirmative defense to a claim of copyright infringement, meaning that the alleged infringer has the burden of proving their use was a fair use. It is now codified in Section 107 of the Copyright Act, which provides that fair use of a work "for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use, scholarship, or research)" is not an infringement of copyright. To determine whether a given use is fair use, the statute directs, one must consider the following four factors:

the purpose and character of the use, including whether the use is of a commercial nature or is for nonprofit educational purposes;

the nature of the copyrighted work;

the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and

the effect of the use upon the potential market for or value of the copyrighted work.

These factors are not exclusive but are the primary—and in many cases the only—factors courts examine. The following sections consider each of these four factors in turn.

What considerations are relevant in applying the first fair use factor—the purpose and character of the use?

One important consideration is whether the use in question advances a socially beneficial activity like those listed in the statute: criticism, comment, news reporting, teaching, scholarship, or research. Other important considerations are whether the use is commercial or noncommercial and whether the use is "transformative."

Noncommercial use is more likely to be deemed fair use than commercial use, and the statute expressly contrasts nonprofit educational purposes with commercial ones. However, uses made at or by a nonprofit educational institution may be deemed commercial if they are made in connection with content that is sold, ad-supported, or profit-making. When the use of a work is

commercial, the user must show a greater degree of transformation (see below) in order to establish that it is fair.

In recent years, the courts have focused increasingly on whether the use in question is "transformative." A work is transformative if, in the words of the Supreme Court, it "adds something new, with a further purpose or different character, altering the first with new expression, meaning or message." The Supreme Court recently clarified that for the use of a work to be "transformative," it is not enough, necessarily, that the use "conveys a different meaning or message." The extent of the difference matters, and use of a work is more readily regarded as transformative when the use is for a different purpose than the original. Accordingly, use of a quotation from an earlier work in a critical essay to illustrate the essayist's argument is a classic example of transformative use. A use that supplants or substitutes for the original work is less likely to be deemed fair use than one that makes a new contribution and thus furthers the constitutional goal of copyright, to promote science and the arts.'

Courts have also recognized, however, that non-transformative uses may be socially beneficial, and that a use does not have to be transformative to support a finding of fair use. The Supreme Court has cited reproduction of multiple copies for classroom distribution as the most obvious example of a non-transformative use that may be permitted as fair use in appropriate circumstances. The Court's emphasis on whether a use is transformative, however, makes it difficult to know how to weigh uses that are for non-profit educational purposes but are also non-transformative. In addition, it could be argued in some circumstances that verbatim copying of a work for classroom use is "transformative," in that (to quote from the Court's definition) the instructor is adding "something new, with a further purpose or different character, altering the first with new expression, meaning or message" in the course of presenting the material.

Other factors that sometimes weigh in the analysis of the first fair use factor include whether the use in question is a reasonable and customary practice and whether the putative fair user has acted in bad faith or denied credit to the author of the copyrighted work.

What considerations are relevant in applying the second fair use factor—the nature of the copyrighted work?

The two main considerations are whether the work is published or unpublished and how creative the work is. Unpublished works are accorded more protection than published ones, as the author has a strong right to determine whether and when the author's work will be made public. The fact that a previously published work is out of print may tend to favor fair use, since the work is not otherwise available, but that fact not determinative.

Works that are factual and less creative are more susceptible of fair use than imaginative and highly creative works. This is in keeping with the general principle that copyright protects expression rather than ideas or facts.

However, the second factor is typically the least important of the fair use factors.

What considerations are relevant in applying the third fair use factor—the amount and substantiality of the portion used in relation to the copyrighted work as a whole?

Courts have taken both a quantitative and a qualitative approach to assessing the amount and substantiality of the portion used. A court will ask both "what percentage of the original work has been used" and "is the portion used qualitatively very important to the work"? On quantity, there are no bright lines, but the higher the percentage of the original work used, the more likely this factor is to weigh against fair use. Even if the percentage is fairly small, however, if the material used is central to the work, this factor may weigh against fair use. Thus, for example, in a case in which The Nation magazine published excerpts, totaling only 300–400 words of verbatim quotes, from Gerald Ford's forthcoming book-length memoir, the Supreme Court held that the third factor weighed against fair use, because the excerpts included Ford's discussion of his pardon of Nixon and other central passages that the court found to be the "heart" of the work.[1]

Also important in applying the third factor is the nexus between the purpose of the fair use and the portion of the copyrighted work taken. The extent of permissible copying varies with the purpose and character of the use. Taking more of the copyrighted work than is necessary to accomplish the fair user's purpose will weigh against fair use. In some cases, the fact that the entire work—for example, an image—was needed to accomplish the fair use purpose has led the court to hold that the third factor was neutral, favoring neither the copyright holder nor the putative fair user.

[1] See Harper & Row Publishers, Inc. v. Nation Enters., 471 U.S. 539 (1985).

What considerations are relevant in applying the fourth fair use factor—the effect upon the potential market for or value of the copyrighted work?

Use that adversely affects the market for the copyrighted work is less likely to be a fair use. This ties back to the first factor, and the question whether the putative fair use supplants or substitutes for the copyrighted work. If a use results in lost sales to the copyright owner (or could, if the type of use became widespread), that will weigh against fair use.

This inquiry is not confined to the market for the original work; it also considers derivative markets. For example, if a novel were made into a movie without permission, the movie might not harm sales of the book—indeed, it might help them—but if there is still harm to the author's market for a movie based on the book, that would count against fair use. This principle works in a straightforward way in the case of well-established markets, like the market for movie rights for a novel, but it becomes much more difficult to apply if there is no established market. Consistent with the language of the Copyright Act, courts have also looked at whether there is harm to a "potential market" for the copyrighted work, if one could be reasonably expected or is likely to be developed by copyright owners. In keeping with this approach, courts have concluded that there is no protectible market for criticism or parody, but have considered evidence of harm to markets under development or viewed as attractive opportunities for copyright owners, such as the market for downloads of songs. In some cases, courts have indicated that the absence of a workable market will tend to favor the fair user on the fourth factor because there is no efficient means to buy permission for the use in question.

This is a difficult and evolving area of the law. We can nevertheless venture a few generalizations: Uses that substitute for the copyrighted work in its original market or an established derivative market generally cause market harm that is cognizable under the fourth factor. Where there is no established market, harm is less likely to be found, but still may be found depending on the facts, especially if the fair use case under the other factors is weak and the "market" in question is under development by copyright owners or obviously attractive commercially. In any case, the Supreme Court has said, market harm is a matter of degree, and the importance of the fourth factor will vary, not only with the amount of harm, but also with the relative strength of the showing on the other factors.

How should one weigh the various factors in arriving at a determination whether there is fair use?

The fair use test requires an assessment of all the factors together. The courts have repeatedly emphasized that there are no bright line rules, and that each case must be decided on its own facts. The factors often interact in the analysis. For example, the Supreme Court has stated that the more transformative the new work, the less will be the significance of other factors, like commercialism, that may weigh against a finding of fair use. The more transformative the use of the original work, the less likely it is that the use will substitute for the original and cause direct market harm. In reaching a fair use determination, all of the factors should be explored, and the results weighed together, in light of the goal of copyright law to "promote the progress of science and useful arts" (U.S. Const., art. I, § 8, cl. 8).[2]

To understand better how courts have applied the fair use test in different situations, you may

find the summaries of selected fair use cases at http://fairuse.stanford.edu/Copyright_and_Fair_Use_Overview/chapter9/9-c.html. In addition, the U.S. Copyright Office maintains a Fair Use Index, which offers a searchable database of selected judicial decisions involving fair use, together with brief summaries: http://copyright.gov/fair-use/. [2] See Campbell v. Acuff-Rose Music, Inc., 510 U.S. 569 (1994).

How does fair use apply to photocopying of course materials?

If you would like to make copyrighted material available to students for course use, you should find out whether the material is already licensed by Harvard, before wrestling with the question whether fair use applies or seeking permission to reproduce the material. If the material is already licensed, you will be able to establish a link to the resource from the course website, or otherwise furnish students a URL, which will enable them to access the material in electronic form and print a copy for personal use. To find out whether a particular article or other work is available through Harvard's licensed resources, see http://p.lib.harvard.edu/discovery/journals.html, and for instructions on creating links to those resources, see http://guides.library.harvard.edu/links. Alternatively, a copy of the material you wish to use may be publicly available on the Internet—for example, through Google Scholar or a repository such as SSRN—in which case you may be able to link to it. See generally the section entitled "What about linking to other material?" above. If the material is not available through Harvard's licensed resources, and is not otherwise available on the Internet, in some circumstances you may be able to copy and distribute the material for course use under the fair use doctrine.

When the Copyright Act of 1976 was being enacted, there was extensive debate about photocopying of copyrighted material for educational and scholarly purposes. Congress declined to adopt a specific exemption for such photocopying, and instead left this to be addressed under the fair use doctrine. Section 107 provides that, if the traditional criteria are met, fair use can extend to reproduction of copyrighted material for purposes of classroom teaching. The difficulty comes in applying those criteria. Recognizing that difficulty, the House Judiciary Subcommittee urged representatives of copyright owners and educational institutions to work out a set of specific guidelines, and the resulting guidelines were included in the House Report on the Copyright Act of 1976.

Those Guidelines for Classroom Copying can be found beginning on page 3 of this circular: https://www.copyright.gov/circs/circ21.pdf . The Guidelines are intended as a "safe harbor," to define certain activities that, at a minimum, will qualify for fair use. The Guidelines set forth requirements for "brevity" (limiting the amount of material that may be copied), "spontaneity" (requiring that there not be time to secure permission between when the decision to copy is made and the copy is used in class), and "cumulative effect" (limiting the aggregate amount of such copying). In addition, the Guidelines contain a number of further restrictions, including that an item may not be copied again by the same teacher for use in a subsequent term. The Guidelines also permit, somewhat more liberally, the making of a single copy of excerpts of a work for use by an instructor in research or teaching. When the Guidelines were agreed to by certain representatives of copyright owners and educational institutions, a number of educational groups dissented, objecting that the rules were unduly narrow, even as a safe harbor, and would constrain the reasonable application of fair use to photocopying of classroom materials.

Two noteworthy cases addressing photocopying of course materials have rejected the fair use defense.[3] In both of those cases, however, the defendant was a commercial copy shop, and the commercial nature of the use figured importantly in the analysis. It is therefore not entirely clear how those precedents bear on copying by a professor or university for non-profit educational purposes. In those cases, the excerpts of the plaintiff's material contained in the course packs

ranged from 14 to 110 pages in length in one case, and from 17 to 95 pages in the other, representing 5% to 25% of the works from which they were taken in one case, and 5% to 30% in the other. In assessing the third fair use factor, both courts found that these amounts weighed against the defendant. Both courts also held that the fourth factor weighed against the defendant, primarily because the plaintiffs had lost permission fees for this copying – in other words, that the copying had a negative effect on the licensing market for photocopying of excerpts for inclusion in course packs. Previous cases had held the opposite, but that licensing market did not exist at the time.

Looking at these cases and the legislative history of the Copyright Act of 1976, the following are factors that a court might take into account, in the framework of the four factor fair use analysis, to determine whether a given instance of photocopying for course use constituted fair use. Some of the questions bear on more than one of the four statutory factors, which remain the touchstone.

First Factor: Purpose and Character of Use

Will the material be the subject of significant commentary, criticism, explanation, or the like by the instructor? (The more the material functions to illustrate, support, or enable the new meaning or message delivered by the instructor—as opposed to functioning mainly as material for students to engage in its own right—the more likely its reproduction and distribution for course use will qualify as "transformative" in the sense described above and hence favor a finding of fair use.)

Is the copied material integral to the nonprofit educational purpose of the course? For example, is the material important to a lecture or classroom discussion? (Even if the use is not "transformative," use for a nonprofit educational purpose will weigh in favor of fair use.)

Is the copyrighted material recently published (for example, in a newspaper), or is the instructor inspired at the last minute to use the material in class, with the result that there is little or no time to obtain permission? (An affirmative answer will weigh in favor of fair use.)

Are copies distributed to anyone other than students in the course who need one? (Distribution to others could weigh against a finding that the use is for a nonprofit educational purpose. Unless there is a compelling educational reason to do otherwise, materials copied in reliance on fair use should be restricted to enrolled students.)

Are students being charged for the copies? If so, does the charge have any profit component, or does it only recover costs? (Copying and distribution of a commercial nature will weigh against fair use.)

Second Factor: Nature of the Work

Is the copyrighted material published or unpublished? (If unpublished, it will weigh against fair use.)

Is the copyrighted material factual in nature or creative? (If factual, it will weigh in favor of fair use; if creative, against.)

Is the copyrighted material readily available for purchase? Is it in print or out of print? (The fact that a work is out of print and unavailable for purchase through normal channels will favor fair use copying for educational purposes, though this may be mitigated if permission to photocopy may readily be purchased.)

Was the copyrighted material prepared primarily for the higher educational market—e.g., a textbook? (If the original work was prepared primarily for the higher ed market, it will tend to weigh against fair use, since photocopying it is more likely to harm the market for it than if the original were aimed primarily at a different market.)

Third Factor: Amount Copied

How much of the copyrighted work is being copied? How long is the portion copied and what percentage of the work does it represent? (The smaller the portion, the more likely the copying

will qualify as fair use. Generally, a strong showing on the other factors will be needed to justify copying more than one chapter of a book, or one article from a periodical or newspaper, or one short story, short essay or short poem, or other similarly small parts of a work.)

Is the portion copied the "heart" of the work? (Even a quantitatively small portion of a work may weigh against fair use if it is the most important or commercially valuable part of it.)Is the amount copied limited to that which is necessary for the educational purpose to which it is being put? (It will weigh against fair use if you have copied more than is necessary for the educational purpose.)

Fourth Factor: Effect on the Market

Will the photocopying result in lost sales of copies of the copyrighted work? (Copying that substitutes for sales of the copied work will weigh significantly against a finding of fair use.)

Can permission to photocopy the material in question readily be purchased through the Copyright Clearance Center (the "CCC") or another efficient licensing mechanism, such as the publisher? (Even if the copying will not supplant sales of the entire work, the market for the work may nonetheless be harmed if there is an efficient mechanism for buying copies of the excerpt you want or for buying permission to copy the excerpt. Whether this market harm, if present, will tip the overall determination against a finding of fair use depends on how the other fair use factors weigh in the particular situation. The economic significance to the publisher of permission fees, as compared to revenues from book sales, may also weigh in the analysis.)

Is it difficult or perhaps impossible to locate the copyright holder or are there other significant obstacles to seeking permission? Is the expense of seeking permission greater than the value of the permission sought? (Where there is no cost-effective way to obtain permission, that will weigh in favor of a finding of fair use.)

Does the University, or other person making the copy, own a lawfully acquired or purchased copy of the work? (A negative answer will weigh against fair use.)

Is the price of permission prohibitive—i.e., so high that the instructor would reasonably forego educational use of the material in question rather than pay it? (If so, this may counter the potential harm to the market.)

Other Considerations Bearing on Various of the Factors

Is the copyright notice on the original reproduced on the photocopy? (You should reproduce the copyright notice(s), so that users know the work is in copyright and where to start in seeking permission for subsequent uses, and you should include appropriate citation or attribution to the source.)

Is this the first time this instructor has photocopied this excerpt for course use, or has the instructor repeatedly photocopied the same material from term to term without permission? (Some people assume that "the first use is fair." This is incorrect. Each use – whether it is the instructor's first use or a later use – should be evaluated on its own merits.)

How extensive is the reliance on fair use in providing materials for this course? Is the copied material a supplement to other purchased or licensed materials in the course? Or does it replace such materials? (Copying that fills out a reading list of purchased or licensed materials—for example, to bring a subject up to date or supply missing pieces—may be more likely to qualify as fair use than copying that substitutes altogether for materials that are purchased or for which a license or permission has been acquired.)

You also will find some further guidance on these issues under the section that follows entitled "How does fair use apply to use of third-party material on a course website?".

The law in this area is difficult to apply. Outside of the limited Classroom Guidelines, it is hard to know with certainty when fair use applies to photocopying for course use. For that reason, a number of units at Harvard have adopted specific rules and practices for photocopying to ensure copyright compliance. Whenever dealing with those units, you should follow their rules and

practices. In other situations, if you wish to make photocopies for course use without obtaining permission from the copyright owner, you should have a good faith reasonable belief that the copying qualifies as fair use.

[3] See Basic Books, Inc. v. Kinko's Graphics Corp., 758 F.Supp. 1522 (S.D.N.Y.1991), and Princeton University Press v. Michigan Document Services, Inc., 99 F.3d 1381 (6th Cir.1996).

How does fair use apply to use of third-party materials on a course website?

The fair use factors apply similarly, regardless of the medium. However, when you apply the fair use factors to multimedia content, the analysis is likely to differ in some ways from the analysis of textual materials. For example, there may be two different copyrights in an image—one in the underlying work of art and the other in the photograph—that need to be considered, though it is sometimes difficult or impossible to identify the photographer;[4] you typically need to use the entire image to achieve your educational purpose, and courts have recognized that copying the entirety of an image where necessary for a legitimate fair use purpose will not weigh against a fair use finding; there is a longstanding tradition in higher education of making slides from art reproductions in periodicals, exhibition catalogs and books for teaching and study; there is no centralized and efficient mechanism for licensing educational images that is analogous to the CCC in the case of text; and the reproductions made for educational use on a course website are typically lower in resolution and quality than the images that copyright holders sell or license for publication, thus reducing the likelihood that a digitized image will harm an existing market.

In recent years, a number of fair use "best practice" guides have been promulgated. Though they have been developed primarily by user communities, and may not be fully accepted by copyright owners, the guides are another useful point of reference. Various guides can be found on the website of the Center for Media & Social Impact: http://www.cmsimpact.org/fair-use/best-practices. See, for example, the Code of Best Practices in Fair Use for the Visual Arts and the Code of Best Practices in Fair Use for Academic and Research Libraries.

The following are some general measures that, while not substituting for the four factor fair use test, will tend to boost a fair use argument when copyrighted material is made available on a course website:

Use others' copyrighted material in your course website only if the material is integral to the course curriculum.

Include your own comments, criticism, and explanation, or otherwise make your use of the copyrighted material transformative.

Use only a limited portion of others' copyrighted material, and only what is necessary for your educational purpose.

Be wary of using others' copyrighted material that is produced in digital form primarily for instructional use, or where your use would reasonably be expected to harm the market for the analog version of the material.

Consider whether a license (permission) allowing the educational use of the material that you wish to make can readily be purchased. If it can, this fact generally will weigh against fair use, though it still may be possible to prevail on fair use depending on the other circumstances (see the preceding discussion).

Don't incorporate material in your website in lieu of having students buy books or other such material.

Limit access to the materials to students enrolled in the course and other qualified people (e.g., a professor's graduate assistants).

Allow access to students in a course only during the term in which the course is given and disable student access thereafter.

Wherever feasible, employ streaming formats and technological limits on copying, retention, and further dissemination of the work by students.

Only incorporate portions from lawfully acquired copies of others' materials.

Avoid taking many excerpts or portions from any one work.

Alter others' works only where necessary to support specific instructional objectives.

Credit the sources fully and display the copyright notice from the original.

Include a notice that material on the website is being provided under fair use, and that the material may only be used for personal, noncommercial, educational purposes. An example of such a notice can be found at http://ogc.harvard.edu/files/ogc/files/user_notice_for_course_websites.pdf?m=1365193735.

For each item of copyrighted material you wish to use, make a good faith fair use determination. If you do not reasonably believe your proposed use passes the four factor test, you should obtain permission for the material or should not use it.

[4] You normally need not be concerned about a second level of copyright in a photograph of a two- dimensional work of art, since a federal district court has held that a photograph that aims to reproduce a painting faithfully lacks sufficient originality to qualify for copyright protection.What are the rules for performing a musical or literary work, or showing a film or video, in class?

The Copyright Act contains a special provision, Section 110(1), that allows teachers to perform or display a copyrighted work, either live or recorded, "in the course of face-to-face teaching activities . . . in a classroom or similar place devoted to instruction." Thus, you can use sound recordings, live performances, readings, films, videotapes, slides, or any other performance or display of copyrighted works without restriction and without permission, so long as you are teaching students in a classroom or similar place such as a studio. The only exception is that you may not use a film or videotape that you have reason to believe is an illegally made copy. Note, however, that this special classroom dispensation applies to performance and display only. It does not authorize making copies. Nor does it appear to enable you to put materials on your web page, even for course use, because it requires that the performance or display occur "in the course of face-to-face teaching . . . in a classroom or similar place devoted to instruction."

Similarly, if you wish to videotape a class session in which you have performed or displayed others' copyrighted material and to transmit the video to remote students (e.g., via streaming), a different set of considerations comes into play. Amended by the TEACH Act in 2002, Section 110(2) of the Copyright Act provides a special exemption for such distance learning activities. The exemption is conditioned on a detailed set of requirements. You can find useful descriptions of the TEACH Act requirements at http://www.ala.org/advocacy/copyright/teachact/distanceeducation. If you cannot meet all of the TEACH Act requirements, you may be able to rely on fair use, if the statutory four factor test is satisfied, or you should obtain permission to use the copyrighted material in the video of your class session.

Copyright and Permissions at Harvard

How do I determine whether or not copyright should be in Harvard's name?

There is no fixed rule on whether to affix a copyright notice on something that you write or create where Harvard owns the copyright. (On the question of ownership, see the section entitled "Who owns the copyright?" above.) If the material is to be published and widely disseminated or publicly available, and if further distribution would be inappropriate without Harvard's permission, you should warn potential infringers by affixing the copyright notice "Copyright [and/or ©] [year] President and Fellows of Harvard College." The "[year]" should be completed with the year in which the current version of the work was first published. This is the all-purpose copyright designation for any Harvard publication on paper, disk or other medium. (Drafts may bear a copyright notice as well, particularly if they are widely distributed.) It is also very useful to append to the copyright notice an indication of the unit at Harvard that administers the copyright, so that

people who would like to use the work later will know where to turn for permission. For example, you could add after the copyright notice: "For permission to use this work, contact the Peabody Museum of Archeology and Ethnology at Harvard."

What happens if I receive a request from someone else to copy or quote from a work that is copyrighted by "President and Fellows of Harvard College"?

There is no central "permissions desk" at Harvard. The decision to grant or deny permission to copy or quote from works copyrighted by Harvard—and the decision whether to charge a fee for the permission—is made by the unit that published the work originally or is now responsible for it. For example, the Peabody Museum of Archeology and Ethnology can grant permission to quote from, or copy portions of, works published under its auspices, and the Office of Admissions and Financial Aid can grant permission for the brochures about Harvard that it distributes.

It is not necessary to consult the Office of the General Counsel on this decision, but we will advise you on the mechanics of it, or on questions in particular cases, if that would be helpful to you.

Do I need permission to use or copy material that has already been copyrighted by Harvard?

You should call the Harvard office that produced the material and ask permission to use the it.

What provisions should I make when retaining an outside vendor to create a work for Harvard (sometimes known as a "work for hire")?

An agreement for the preparation of material to be published by Harvard should always include a provision stating that Harvard will own the copyright. This avoids later disputes over whether Harvard or the individual creator owns the rights to the work.

You can find model forms of Consulting Agreement with appropriate provisions regarding copyright on the Office of the General Counsel website. You should also address this issue if you contract with students concerning creation of copyrighted works.

If I am using a commercial software program for my work, can I make a copy for a colleague or a copy for my computer at home so that I can work there?

No, unless the software license allows it. Much off-the-shelf software is limited to use on one computer. Unless the software license specifically provides otherwise, such programs may not be copied, no matter how legitimate the need for its use elsewhere.

The solution in most instances is to purchase a license that specifically authorizes the program to be used on more than one computer, either individually or through a server. Site licenses are generally less expensive than multiple purchases of individual programs, and home or laptop computers can be included if the vendor agrees. Harvard University Information Technology (HUIT) may be able to provide information on Harvard's site licenses.

Harvard University's policy is that no program is to be copied or used except as specifically allowed by the terms of its license. Those who violate this policy may be personally liable for infringement.We hope that this guide answers some of your questions about copyright and fair use. By its nature, this guide provides a general, and necessarily limited, discussion of various topics; it does not purport to give specific legal advice. The Office of the General Counsel advises Harvard and its faculty and staff on specific copyright questions and on other legal concerns that may arise in their work for the University. Please let us know how we can be helpful to you. You can reach us at 617-495-1280.

Please also be aware that the Harvard Library's Office for Scholarly Communication coordinates a group of "Copyright First Responders" who may be able to help you with copyright-related inquiries. You can find a member of this group in your Harvard library at https://osc.hul.harvard.edu/programs/copyright/first-responders/.

[1]  See Harper & Row Publishers, Inc. v. Nation Enters., 471 U.S. 539 (1985)

[2]  See Campbell v. Acuff-Rose Music, Inc., 510 U.S. 569 (1994).

[3]  See Basic Books, Inc. v. Kinko's Graphics Corp., 758 F.Supp. 1522 (S.D.N.Y.1991), and Princeton University Press v. Michigan Document Services, Inc., 99 F.3d 1381 (6th Cir.1996).
[4]  See Cambridge University Press v. Becker, 863 F.Supp.2d 1190 (N.D.Ga.2012).ogc_copyright_and_fair_use_guide_bea_jan_2024.pdf 283 KB
Resources
Model Documents
Publications & Advisories/Alerts
Copyright and Fair Use
Conflict of Interest
Other Copyright Resources
U.S. Constitution and Copyright Law
Copyright Clause of the U.S. Constitution, Article 1, Section 8, Clause 8:
"The Congress shall have the power . . . To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries."
Copyright Act, Title 17 of the U. S. Code
Useful Websites
U.S. Copyright Office - Note, among other things, the U.S. Copyright Office circulars, including Circular 21, Reproduction of Copyrighted Works by Educators and Librarians.
Columbia Copyright Advisory Office - Note, among other things, the materials on fair use and the accompanying Fair Use Checklist.
Stanford University Libraries/Copyright and Fair Use
Other Materials
Form of User Notice for Course Websites
Selected Copyright Resources for Dissertations
Harvard Office of the General*psychic flesh type-talking makes production law-what are the 4 processes of speech production?
the process of speech production
speech production examples,articulation process in speech production
mechanism of speech production pdf
stages of speech production
production of speech sounds pdf
speech production in psycholinguistics-obscene law-What is an example of obscenity?
Generally, the term can be used to indicate strong moral repugnance and outrage in expressions such as "obscene profits" and "the obscenity of war". As a legal term, it usually refers to descriptions and depictions of people engaged in sexual and excretory activity.-Is obscenity illegal?
Obscenity is not protected under First Amendment rights to free speech, and violations of federal obscenity laws are criminal offenses.-Is obscenity illegal?
Obscenity is not protected under First Amendment rights to free speech, and violations of federal obscenity laws are criminal offenses.-Although the law does not criminalize the private possession of obscene matter, the act of receiving such matter could violate the statutes prohibiting the -What is production law?
Production legal encompasses a comprehensive suite of legal matters that span the entire lifecycle of a project, starting from its conception through -obtaining the necessary licenses and permissions, and the guardrails around such usage, which must be acquired before expending substantial funds in ...-What does make mean in law?
To make means to create something. Some common uses of the term "make" in a legal sense include: Generally, "make" means to sign a check, promissory note, agreement, or other

document. For example, to make a contract.*psychic flesh type-as a life to make it to a market objective law*psychic flesh type-psychic flesh type for a inhumane world act*psychic flesh type-you can be a criminal anybody act*psychic flesh type-progressive american era information act to-on physical natures-it moved*psychic flesh type-you owe me nature-scale*psychic flesh type-illegal diplomatic law*psychic flesh type-illegal primordial of us law*

Psychic flesh type-agricultureable to unactivated eventistship-outside the way congressions*psychic flesh typa-the worst law front*psychic flesh type-preeminition law broke to me about my no consent*psychic flesh type-disinfectant from privacy using sunlight law*psychic flesh type-no quaking law*psychic flesh type-diffreindshiate law*psychic flesh type-real or fake law person to be with|between the poor and rich|blood taxes industrial the world confiscated|guess work fake statistic law*psychic flesh type-lawyer social worker state attorney judge other time conduct act*psychic flesh type-foreign theft*https://ai.invideo.io/watch/nSj974uBdELPsychic man say with his life*technology was for foreigners that are illegal over people and the technology we are only given is the 30 years back stuff and still has a bunch of loopholes in ot from how dis they make these laws legal for america that isn't suppose to be disobedient laws behind it*psychic man says with his life*how much time to hack into any one body system do get what there doing with technology to make money of how much is illegal acts and hope the american government system is still at how its been illegally that there's no time as it is now from how its left a traiter to the american people from its still the old times and lawless that way without fixed laws*psychic man says with his life*here in america there are many people here that are in like the illuminati and how many don't readdress that on how they still get the betterist answerist but how the psychic says how that doesn't help that*psychic man says with his life*how they on the world can be with you and in you technologies that it's not about using human spies that everyone is stolen from information like it was the illuminati*psychic man says the time era of anywhere of jobs and where it's for the psychic man that who were yall and what did yall do and that much missed unlike its what was or is the secretived and about the c.i.a. years ago*psychic man says with his life*you got no psychics or like me on the world and I'm only feeling the B-word or like a woman treatment or oversized life outnumbered and the power of those with more illegally didn't get it yet*psychic man says with his life*these are not with the u.s. when they go at c.i.a. and n.s.a. and lower offices and many times the president that I'm to be there'd about this law regulation not regulated*psychic man says with his life*when the police offices investigated my case and without me knowing and why because not doing anything for me and it was for them to have % illegal about me for themselves and who would do that for them wich is many*psychic man says with his life*fake f.o.i.a. the freedom of information act undisplayed him from the 1980's about him or in a secret place and a law to hide the times capabilities that won't be public and so being lied to or control put there and from who needs to be answered*psychic man says with his life*as the c.i.a. says I was adopted and I don't know if I was stolen and as illegal of other information that is to hide from my life they have and that what is psychic about me and that they made no mistakes was there intention of not giving this to me wich is the mistake of Crooked governmenting and is the c.i.a.*Psychics aren't free that always have a whole body of feelings and telepathy and visuals and alot more that is with others bodys that it be billions off and on through to more of them but like a normal human that's not psychic they don't get the pain and overworked body internally and mentally that don't leave from people and to make it to be a easier psychic going pace*https://ai.invideo.io/watch/6YqsxWuXn9S*Psychic flesh type of c.i.a. psychic spy swear there's no way to get answers joining movements and go to groups about his psychic situation and befriend lobbyist and bloodsucking lawyers for help and protest in crods outside for what don't work as that appears more desperate on time and energy and not the mind for a alone job to take it to a civil court for a settlement and as many who do nothing where they

are proves it like never doing anything there whole lives of the poorest deprived and those of better modern homing and job and income status lives who still don't make efforts and for not having alot of dependency and those of nonactable bodys i ment this settlement and this is about be a psychic man that know the time of the world today with all possibilities of technology that's legaled but behind them they are illegal with technology of the government or anyone that best explains all devices and nonattached technology is purposely manipulating to be there for you and make you see things for purchase or experiments like he the psychic flesh type man that these devices and technology are even the example of how when you touch them and how they can be in a psychics brain or a common beings brain to make niches and expressions and counteracts occur illegally and how they do that through a psychic flesh type onto other humans the psychic flesh type needs a trillionaire settlement and the normal unpsychics are on there own to understand there own law to use*and especially when you don't know who that is or that many to be over a psychic man disrupting his life stata*psychic flesh type-air moderater|radio tellicommunications on human life*psychic flesh type-stealing body movements to transfer muscle and stealing happiness*psychic flesh type-zapped depression people weight act*psychic flesh type-electricity current travel law*psychic flesh type-time law: no modern tech law*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_LAW on copys_

_____

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

FACTS:-
psychic flesh type man is the claim * as psychic flesh type man to
be free - no controling forces - pain read - mind read - technology s - and for autonomy - america is a
democratic state that nobody shall govern my life - the 4th amendment no searching an
seizure - people - technology 7 with psychic flesh type man and I wanted privacy? I want freedom an
autonomy because its the Law * the defendant broke many Laws that violates
my lifes rights as a american aswell other agencies and corporations on earth but
this is to be courtroomed and now I am not safe feelings and being left toget-
hurt this way is not being protected *

5

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

for the damage of the world as a psychic flesh type man and from governments and the DOJ is 900 trillion V5 each day I was on earth and at age 39 that's the settlement, a psychic flesh type man may never be free but this money will let me choose better to stay free from I wish.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3 - 27 - 25

Signature of Plaintiff  _____

Printed Name of Plaintiff  Montell Bowman

### B.    For Attorneys

Date of signing: _____, 20__.

6

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |